LOCATION:   12601 West 95th Street
Lenexa, KS 66215

LOCATION #:   13849

DATE:   _May 13, 2008_

# HOLIDAY HOSPITALITY FRANCHISING, INC.

## CROWNE PLAZA
## CONVERSION
## LICENSE AGREEMENT

## WITH

## LENEXA HOTEL, L.P.

## LICENSEE

# HOLIDAY HOSPITALITY FRANCHISING, INC.

## LICENSE AGREEMENT TABLE OF CONTENTS

1. **THE LICENSE:** ........................................................................................................... 1
   - A. THE HOTEL: ............................................................................................................ 1
   - B. THE SYSTEM: ......................................................................................................... 2

2. **GRANT OF LICENSE:** .............................................................................................. 2

3. **LICENSEE'S RESPONSIBILITIES:** ...................................................................... 3
   - A. OPERATIONAL AND OTHER REQUIREMENTS: ................................................. 3
   - B. UPGRADING OF THE HOTEL: ............................................................................. 4
   - C. FEES: ...................................................................................................................... 5

4. **LICENSOR'S RESPONSIBILITIES:** ...................................................................... 7
   - A. TRAINING: ............................................................................................................. 7
   - B. RESERVATION SERVICES: ................................................................................... 7
   - C. CONSULTATION ON OPERATIONS, FACILITIES AND MARKETING: ............... 7
   - D. MAINTENANCE OF STANDARDS: ........................................................................ 8
   - E. APPLICATION OF MANUAL: ................................................................................. 8
   - F. OTHER ARRANGEMENTS FOR MARKETING, ETC.: .......................................... 8
   - G. LICENSOR'S USE OF OTHER ADVERTISING/PROMOTIONAL SUPPORT FUNDS: .. 8
   - H. USE OF SERVICES CONTRIBUTION: .................................................................. 8
   - I. PERFORMANCE OF LICENSOR'S OBLIGATIONS: ............................................. 9

5. **APPEALS, CHANGES IN THE MANUAL:** ............................................................ 9
   - A. APPEALS: .............................................................................................................. 9
   - B. CHANGES IN THE MANUAL: ............................................................................... 9
   - C. DECISIONS ON APPEAL: ..................................................................................... 9
   - D. LIMITATION ON APPEAL RIGHTS: ..................................................................... 10

6. **IAHI:** ......................................................................................................................... 10
   - A. MEMBERSHIP: ...................................................................................................... 10
   - B. FUNCTION OF COMMITTEES: ............................................................................ 10

7. **PROPRIETARY RIGHTS:** ...................................................................................... 10
   - A. OWNERSHIP OF SYSTEM: ................................................................................... 10
   - B. TRADEMARK DISPUTES: ..................................................................................... 11
   - C. PROTECTION OF NAME AND THE MARKS: ....................................................... 11
   - D. MODIFICATION OR DISCONTINUATION OF THE MARKS: ............................... 11

8. **RECORDS AND AUDITS:** ...................................................................................... 12
   - A. MONTHLY STATEMENTS: .................................................................................... 12
   - B. PREPARATION AND MAINTENANCE OF RECORDS: ......................................... 12
   - C. AUDIT: .................................................................................................................... 12
   - D. ANNUAL FINANCIAL STATEMENTS: ................................................................... 13

9. **INDEMNITY AND INSURANCE:** .......................................................................... 13
   - A. INDEMNITY: .......................................................................................................... 13
   - B. INSURANCE: .......................................................................................................... 13
   - C. EVIDENCE OF INSURANCE: ................................................................................ 14

10. **TRANSFER:** ............................................................................................................ 14
   - A. TRANSFER BY LICENSOR: ................................................................................. 14

B. TRANSFER BY LICENSEE: ................................................................................................. 14
C. TRANSFER OF EQUITY INTERESTS THAT ARE NOT PUBLICLY TRADED: ........................... 15
D. TRANSFERS OF PUBLICLY-TRADED EQUITY INTERESTS: ................................................. 16
E. TRANSFER OF THE LICENSE: .......................................................................................... 16
F. TRANSFERS OF EQUITY INTEREST IN THE LICENSE UPON DEATH OR TO FAMILY MEMBERS: ...... 17
G. REGISTRATION OF A PROPOSED TRANSFER OF EQUITY INTERESTS: .................................. 18
H. CHANGE OF OWNERSHIP: ............................................................................................... 18
I. TRANSFER OF REAL ESTATE: ......................................................................................... 19
J. MANAGEMENT OF THE HOTEL: ...................................................................................... 19

**11. CONDEMNATION AND CASUALTY:** ....................................................................... **19**

A. CONDEMNATION: ........................................................................................................... 19
B. CASUALTY: .................................................................................................................... 19
C. NO EXTENSIONS OF TERM: ............................................................................................. 20

**12. TERMINATION:** ......................................................................................................... **20**

A. EXPIRATION OF TERM: ................................................................................................... 20
B. TERMINATION BY LICENSEE ON ADVANCE NOTICE: ........................................................ 20
C. TERMINATION BY LICENSOR ON ADVANCE NOTICE: ....................................................... 21
D. IMMEDIATE TERMINATION BY LICENSOR: ...................................................................... 21
E. DE-IDENTIFICATION OF HOTEL UPON TERMINATION: ...................................................... 23
F. PAYMENT OF LIQUIDATED DAMAGES: ............................................................................ 23

**13. RELATIONSHIP OF PARTIES:** ................................................................................. **23**

A. NO AGENCY RELATIONSHIP: .......................................................................................... 23
B. LICENSEE'S NOTICES TO PUBLIC CONCERNING INDEPENDENT STATUS: .......................... 23

**14. MISCELLANEOUS:** .................................................................................................... **24**

A. SEVERABILITY AND INTERPRETATION: ........................................................................... 24
B. BINDING EFFECT: ........................................................................................................... 24
C. EXCLUSIVE BENEFIT: ..................................................................................................... 24
D. ENTIRE AGREEMENT: ..................................................................................................... 25
E. LICENSOR WITHHOLDING CONSENT: .............................................................................. 25
F. NOTICES: ....................................................................................................................... 25
G. AUTHORITY: .................................................................................................................. 25
H. GENERAL RELEASE AND COVENANT NOT TO SUE: ......................................................... 26
I. PERFORMANCE OF THE WORK: ...................................................................................... 26
J. REIMBURSEMENT OF EXPENSES: ................................................................................... 27
K. DESCRIPTIVE HEADINGS: .............................................................................................. 27
L. CAPITAL RESERVE: ....................................................................................................... 27
M. TERRORISM: .................................................................................................................. 27
N. BUSINESS JUDGMENT: .................................................................................................... 27

**15. BRAND PROVISIONS:** ............................................................................................... **28**

**16. SPECIAL STIPULATIONS:** ........................................................................................ **28**

**LICENSOR:** ...................................................................................................................... **29**

**HOLIDAY HOSPITALITY FRANCHISING, INC.** ................................................................ **29**

**GUARANTY** ...................................................................................................................... **31**

**ATTACHMENT "B"** ............................................................................................................ **41**

**THE WORK** ....................................................................................................................... **41**

**Holiday Hospitality Franchising, Inc.**
**Three Ravinia Drive, Atlanta, Georgia  30346**

**Crowne Plaza License Agreement**

This License dated _May 13_, 2008 (the "Term Commencement Date"), between Holiday Hospitality Franchising, Inc., a Delaware corporation ("Licensor"), and Lenexa Hotel, L.P., a Kansas limited partnership ("Licensee") whose address is 730 New Hampshire, Suite 206, Lawrence, KS 66044.

**The Parties Agree As Follows:**

**1.     THE LICENSE:**

        Licensor operates and licenses a system designed to provide a distinctive, high quality hotel service to the public under the name "Crowne Plaza®" (the "System" as defined in paragraph 1.B below).  High standards established by Licensor are the essence of the System. Future investments may be required of Licensee under this License Agreement ("License"). Licensee has independently investigated the risks of the business to be operated hereunder, including current and potential market conditions, competitive factors and risks; has read Licensor's Franchise Disclosure Document for prospective Crowne Plaza brand group franchisees; and has made an independent evaluation of all such facts.  Neither Licensor nor any other person on Licensor's behalf has made any representation to Licensee concerning this License not fully set forth herein.  Aware of the relevant facts, Licensee desires to enter into this License in order to obtain a license to use the System in the operation of a Crowne Plaza hotel located at 12601 West 95th Street, Lenexa, KS 66215 (the "Hotel").

        **A.     The Hotel:**

        The Hotel comprises all structures, facilities, appurtenances, furniture, fixtures, equipment, and entry, exit, parking and other areas from time to time located on the land identified by Licensee to Licensor in anticipation of this License, or located on any land from time to time approved by Licensor for additions, signs or other facilities.  The Hotel now includes the facilities listed on Attachment "A" hereto.  No change in the number of approved guest rooms or suites and no other significant change in the Hotel or in the manner in which the Hotel rooms and services are offered to the public (including timesharing and condominium hotel projects not involving short term stays by transient guests) may be made without Licensor's approval.  Licensee represents that it is entitled to possession of the Hotel during the entire license term without restrictions that would interfere with anything contemplated in this License. Throughout this License, the words "room" and "guest room" are intended to include the word "suites" unless otherwise indicated.

        **B.     The System:**

        The System is composed of all elements which are designed to identify Crowne Plaza hotels to the consuming public or are designed to be associated with those hotels or to contribute to such identification or association and all elements which identify or reflect the quality standards and business practices of such hotels, all as specified in this License or as designated from time to time by Licensor.  The System at present includes, but is not limited to,

1

CP08

the principal trade and/or service marks Crowne Plaza,® Crowne Plaza® Suites and Crowne Plaza® Resort (as appropriate to the specific hotel operation to which it pertains), Holidex® and the other Marks, as defined in paragraph 7.B below, and  intellectual property rights made available to licensees of the System by reason of a license; all rights to domain names and other identifications or elements used in electronic commerce as may be designated from time to time by Licensor in accordance with Licensor's specifications to be part of the System; access to a reservation service operated in accordance with specifications established by Licensor from time to time; distribution of advertising, publicity and other marketing programs and materials; the furnishing of training programs and materials; confidential or proprietary information standards, specifications and policies for construction, furnishing, operation, appearance and service of the Hotel, and other requirements as stated or referred to in this License and from time to time in Licensor's Standards Manual (the "Manual") or in other communications to Licensee; and programs for inspecting the Hotel, measuring and assessing service, quality and consumer opinion and consulting with Licensee.  Licensor may add elements to the System or modify, alter or delete elements of the System in its sole discretion from time to time.

## 2.   **GRANT OF LICENSE:**

Licensor hereby grants to Licensee a non-exclusive license to use the System only at the Hotel, but only in accordance with this License and only during the "License Term" beginning with the Term Commencement Date and terminating as provided under paragraph 12 hereof. The License applies to the location specified herein and to no other location.  Licensee acknowledges that Licensor, its divisions, subsidiaries, affiliates and parents are and may in the future be engaged in other business activities including lodging and related activities, and that Licensee is acquiring no rights hereunder other than the right to use the System as specifically defined herein in accordance with the terms of this License.

This License does not limit Licensor's right or the rights of any parent, subsidiary or affiliate of Licensor, to use or license the System or any part thereof or to engage in or license any business activity at any other location, including, without limitation, the licensing, franchising, ownership, operation and/or management of lodging facilities and related activities under the names and marks associated with the System and/or any other names and marks. Licensee acknowledges that Licensor's rights to use and/or license the System, referenced immediately above, pre-date this License and are not limited or changed by the terms of this License.  Licensee agrees that by acknowledging those rights, the parties do not intend to make Licensor's exercise of such rights subject to rules applicable to contractual performance or the exercise of contractual discretion under this License.

## 3.   **LICENSEE'S RESPONSIBILITIES:**

### A.   **Operational and Other Requirements:**

During the License Term, Licensee will:

(1)    maintain a high moral and ethical standard and atmosphere at the Hotel;
(2)    maintain the Hotel in a clean, safe and orderly manner and in first class condition;
(3)    provide efficient, courteous and high-quality service to the public;

CP08

(4)     operate the Hotel 24 hours a day every day except as otherwise permitted by Licensor based on special circumstances;

(5)     strictly comply in all respects with the Manual (as it may from time to time be modified or revised by Licensor) and with all other policies, procedures and requirements of Licensor which may be from time to time communicated to Licensee (which communication may be, at Licensor's option, in hard paper copy or digital, electronic or computerized form and Licensee must pay any costs to retrieve, review, use or access such digital, electronic or computerized communication);

(6)     strictly comply with all of Licensor's standards and specifications for goods and services used in the operation of the Hotel and other reasonable requirements to protect the System and the Hotel from unreliable sources of supply;

(7)     strictly comply with Licensor's requirements as to:

      (a)     the types of services and products that may be used, promoted or offered at the Hotel;

      (b)     the types and quality of services and products that, to supplement services listed on Attachment A, must be used, promoted or offered at the Hotel;

      (c)     the use, display, style and type of signage and of all other forms of identification at or pertaining to the Hotel, including but not limited to any use of the Crowne Plaza name or any other of Licensor's service marks, trademarks or copyrights (in all formats, including but not limited to print, electronic or other media), which are seen by members of the consuming public or used to identify the Hotel to actual or prospective consumers;

      (d)     directory and reservation service listings of the Hotel;

      (e)     training of persons to be involved in the operation of the Hotel;

      (f)     participation in all marketing, reservation service, advertising, training and operating programs designated by Licensor as System-wide (or area-wide) programs in the best interests of hotels using the System; provided that with regard to area-wide programs, Licensee may request Licensor's approval that Licensee need not participate, reasonable approval not to be withheld;

      (g)     maintenance, appearance and condition of the Hotel; and

      (h)     quality and types of services offered to customers at the Hotel.

(8)     use such automated guest service and/or hotel management and/or telephone or telecommunication system(s) which Licensor deems to be in the best interests of the System, including any additions, enhancements, supplements, or variants thereof which may be developed during the term hereof;

(9)     participate in and use those reservation services which Licensor deems to be in the best interests of the System, including any additions, enhancements, supplements or variants thereof which may be developed during the term hereof;

(10)     adopt all improvements or changes to the System as may be from time to time designated by Licensor;

(11)    strictly comply with all governmental requirements, pay all taxes, and maintain all governmental licenses and permits necessary to operate the Hotel in accordance with the System;

(12)    permit inspection of the Hotel by Licensor's representatives at any time and give them free lodging for such time as may be reasonably necessary to complete their inspections;

(13)    promote the Hotel on a local or regional basis subject to Licensor's requirements as to form, content and prior approvals;

(14)    insure that no part of the Hotel or the System is used to further or promote a competing business or other lodging facility, except as Licensor may approve for businesses or lodging facilities owned, licensed, operated or otherwise approved by Licensor or its parents, divisions, subsidiaries, and affiliates;

(15)    use every reasonable means to encourage use of Crowne Plaza branded facilities everywhere by the public;

(16)    in all respects use Licensee's best efforts to reflect credit upon and create favorable public response to the name "Crowne Plaza";

(17)    promptly pay to Licensor all amounts due Licensor, its parents, subsidiaries and affiliates as royalties or fees, whether or not arising out of this License, or for goods or services purchased by Licensee for use at the Hotel; and

(18)    comply with Licensor's reasonable requirements concerning confidentiality of information, and in particular Licensee shall not disclose without Licensor's written permission, information pertaining to Licensor's marketing and reservations programs that have not been disclosed to the public.

**B.    <u>Upgrading of the Hotel</u>:**

Using the same requirements applicable generally to hotels under the System operated by Licensor and its licensees in the same category as the Hotel, Licensor may at any time during the term hereof require substantial modernization, renovation and other upgrading of the Hotel.  Limited exceptions from those requirements may be made by Licensor based on local conditions or special circumstances.  If the upgrading requirements contained in this paragraph 3.B cause Licensee undue hardship, Licensee may terminate the License by complying with paragraph 12.B.  The provisions of this paragraph and of paragraph 12.B are not applicable to the Work as defined in this License or to future upgrading requirements due to conversions, relicensing, product quality inspections of the Hotel, Standards Manual requirements or a request for change of ownership by Licensee.

**C.    <u>Fees</u>:**

(1)    For each month (or part of a month) during the License Term, Licensee will pay to Licensor by the 15th of the following month, except in the case of the Technology Fee in paragraph 3.C(1)(c) and the Crowne Plaza Hotel Marketing Association fee in paragraph 3.C(1)(f) below, which are payable monthly in advance:

(a)    a royalty of 5% of the Gross Rooms Revenue attributable to or payable for rental of guest rooms at the Hotel with no deduction for

            CP08

any item including but not limited to no adjustment for the cost of any food and beverage items provided or made available to a guest as an incident of a guest room rental, however with deductions for sales and room taxes only ("Gross Rooms Revenue"); and

(b)    a "Services Contribution" equal to 3% of Gross Rooms Revenue, to be used by Licensor for marketing, reservations, and other related activities which, in Licensor's sole business judgment as to the long-term interests of the System, support marketing, reservations and other related functions. Costs which a Licensee incurs in the acquisition, installation or maintenance of reservations services, equipment or training, or in its own marketing activities, do not constitute payment of the "Services Contribution". The Services Contribution is subject to change by Licensor from time to time if either approved by: (i) a majority of members (which shall be counted on the basis of one hotel, one vote) of the System who represent a majority of the hotels to be subject to the increase; or (ii) approved by a majority of the members of the System or the "IAHI" (the franchisee association or successor sanctioned as such by Licensor) at a meeting of System licensees or at an annual IAHI meeting either as may be convened by Licensor upon no less than 45 days' advance notice. Licensor may, in its sole discretion, upon 30 days' prior written notice, increase this Contribution by an amount not to exceed 1% of Gross Rooms Revenue and such increase shall be effective for a period no longer than 12 months; provided that, in the event of such increase, Licensor shall not make such a discretionary increase again for a period of 24 months after the expiration of any such increase; and

(c)    a monthly Technology Fee of $11.91 for each guest room at the Hotel to be used by Licensor for provision of technology services such as, but not limited to, satellite communications services to the Hotel, plus such increases as Licensor may judge reasonable, but in no case exceeding in any calendar year 10% of the fee in effect at the beginning of that year. (The Technology Fee does not include the cost of installation of any equipment at the Hotel); and

(d)    all fees due for travel agent commission programs, including Electronic Commission Services and Field Marketing Co-op programs attributable to the Hotel; and

(e)    an amount equal to any sales, gross receipts or similar tax imposed on Licensor and calculated solely on payments required hereunder, unless the tax is an optional alternative to an income tax otherwise payable by Licensor; and

(f)    A fee in an amount equal to $3.00 per room, per month for mandatory participation in the Crowne Plaza Hotel Marketing Association. This amount is subject to change from time to time by the Hotel Marketing Association. Said fees shall be invoiced in advance, but paid in arrears along with all invoiced fees.

CP08

Licensor may, at its election, require Licensee to pay all outstanding fees by electronic funds transfer/direct debit of account or other similar technology designed to accomplish the same purposes.

Licensee will operate the Hotel so as to maximize gross rooms revenue of the Hotel consistent with sound marketing and industry practice and will not engage in any conduct which reduces gross rooms revenue of the Hotel in order to further other business activities.

(2)    A standard application fee for additional rooms as set forth in Licensor's then current Crowne Plaza disclosure document will be charged upon application for any additional guest rooms to be added to the Hotel.

(3)    Additional royalties may be charged on revenues (or upon any other basis, if so determined by Licensor) from any activity if it is added at the Hotel by mutual agreement and:

    (a)    it is not now offered at System hotels generally and is likely to benefit significantly from or be identified significantly with the Crowne Plaza name or other aspects of the System; or

    (b)    it is designed or developed by or for Licensor.

(4)    Charges may be made for optional products or services accepted by Licensee from Licensor, either in accordance with current practice or as developed in the future.

(5)    Each payment under this paragraph 3.C, except the standard Additional Room Application Fee, shall be accompanied by the monthly statement referred to in paragraph 8.A.  Licensor may apply any amounts received under this paragraph 3.C to any amounts due under this License.  If any amounts are not paid when due, such non-payment shall constitute a breach of this License and, in addition, such unpaid amounts will accrue interest beginning on the first day of the month following the due date at 1 1/2% per month or the maximum interest permitted by applicable law, whichever is less.

(6)    Local and regional marketing programs and related activities may be conducted by Licensee, but only at Licensee's expense and subject to Licensor's requirements.  Reasonable charges may be made for optional advertising materials ordered or supplied by Licensor to Licensee for such programs and activities.

(7)    Licensor has the right, in its sole discretion, to require Licensee to tender any payments due to Licensor under this License to Licensor's parents, affiliates, subsidiaries or other designees.

(8)    Licensor shall comply with Licensee's reasonable requirements concerning confidentiality of information.

## 4.    LICENSOR'S RESPONSIBILITIES:

### A.    Training:

During the License Term, Licensor will continue to specify and provide required and optional training services and programs at various locations.  A fee may be charged for certain required and optional training services.  Travel, lodging and other expenses of Licensee

CP08

and its employees will be borne by Licensee. Reasonable charges also may be assessed for training materials.

**B.     Reservation Services:**

During the License Term, so long as Licensee is in full compliance with its material obligations hereunder, Licensor will afford Licensee access to reservation service for the Hotel on terms consistent with this License.

**C.     Consultation on Operations, Facilities and Marketing:**

During the License Term, Licensor will, from time to time at Licensor's discretion, make available to Licensee consultation and advice in connection with operations, facilities and marketing. Licensor may from time to time furnish to Licensee names of suppliers or recommend to Licensee suppliers of goods and services required or useful in the operation of the Hotel; however, Licensor is not obligated to furnish any such names or to continue doing so, and Licensee is under no obligation to use any such supplier, unless expressly required to do so by the terms of this License, the Manual or otherwise. In identifying or recommending suppliers, Licensor exercises its business judgment based on its information as of that date and its sense of the long-term interests of the System. Licensor's identification or recommendation of a supplier is not a warranty of the financial condition or performance of any supplier or of any other factor, and Licensee's use of an identified or recommended supplier that sells products or services meeting Licensor's standards and specifications may facilitate compliance with those standards and specifications, but it is not a substitute for such compliance.

**D.     Maintenance of Standards:**

Licensor will conscientiously seek to maintain high standards of quality, cleanliness, appearance and service at all hotels using the System so as to promote, protect and enhance the public image and reputation of the Crowne Plaza name and to increase the demand for services offered by the System. Licensor's judgment in such matters shall be controlling in all respects, and it shall have wide latitude in making such judgments.

**E.     Application of Manual:**

Licensee's Hotel and all other hotels operated under the System will be subject to the Manual, as it may from time to time be modified or revised by Licensor, including limited exceptions from compliance which may be made based on local conditions, type of hotel or special circumstances. The Manual and any modification to it can be delivered by Licensor to Licensee in hard paper copy or, at Licensor's option, be made available to Licensee in digital, electronic or computerized form. If communicated in digital, electronic or computerized form, Licensee must pay any costs to retrieve, review, use or access the Manual. The Manual is confidential and remains the property of Licensor.

**F.     Other Arrangements for Marketing, Etc.:**

Licensor may enter into arrangements for development, reservation services, marketing, operations, administrative, technical and support functions, facilities, programs, services and/or personnel with any other entity, and may use any facilities, programs, services or

CP08

personnel used in connection with the System, in connection with any business activities of its parents, subsidiaries, divisions or affiliates.

### G. Licensor's Use of Other Advertising/Promotional Support Funds:

To the extent that advertising and/or promotional support and/or funding may become available to Licensor's parents, affiliates or subsidiaries and/or Licensor from third parties on account of the totality of the activities of Licensor's parents, affiliates and subsidiaries, including hotels operated under the System, such support and/or funding may be used or designated by Licensor's parents, affiliates or subsidiaries, or Licensor, to benefit such enterprises in the aggregate, in such proportion and manner as Licensor's parents, affiliates or subsidiaries, or Licensor determines reasonably promotes the totality of such enterprises, exercising reasonable good faith business judgment with respect to such determination, provided that any such support or funding coming from activities of the System shall be used for the benefit of the System.

### H. Use of Services Contribution:

Licensor will make available and use Services Contribution funds computed on the basis generally applicable to licensees of the System. Licensor is not obligated to expend funds for marketing, reservations or related services in excess of the amounts received from licensees using the System and those funds made available by Licensor as set forth above. Local and regional marketing programs and related activities may be conducted by Licensee but only at Licensee's expense and subject to Licensor's requirements. Reasonable charges may be made for optional advertising materials ordered or used by Licensee for such programs and activities.

### I. Performance of Licensor's Obligations:

Licensee understands and agrees that Licensor, in its sole discretion, may perform any or all of its obligations under this License directly or through Licensor's parents, affiliates, subsidiaries or other designees.

## 5. APPEALS, CHANGES IN THE MANUAL:

### A. Appeals:

Decisions, other than termination notices or decisions of Licensor's Franchise Committee, made on behalf of Licensor specifically with reference to the Hotel may be appealed to Licensor's Franchise Committee if done promptly after Licensee has diligently sought relief through Licensor's normal channels of authority. With the approval in writing of any member of the Franchise Committee, the decision may be further appealed to the Executive Committee of Licensor's Board of Directors.

### B. Changes in the Manual:

Each change in the Manual shall be communicated in writing to Licensee at least 30 days before it goes into effect (which communication may be in hard paper copy or, at Licensor's option, in digital, electronic or computerized form, and if such communication is in digital, electronic or computerized form, Licensee must pay any costs to retrieve, review, use or access same). Licensor's Franchise Committee or its equivalent, or designee subcommittee, must

CP08

approve any such change and must determine that the change was formulated in good faith in the best interests of the System, after seeking the advice and counsel of the Rules of Operation Committee of the IAHI.

### C.     **Decisions on Appeal:**

Licensor shall have the right to decide appeals under this paragraph 5, solely on the basis of written submissions.  No appeal will suspend a decision or change, until and unless the appeal is successful.  Any action taken by Licensor in the enforcement of this License that is shown to be arbitrary or capricious will be rescinded by Licensor to the extent feasible, but wide discretion and latitude will be allowed to the judgment of Licensor in the discharge of its overriding responsibility to maintain and improve the standards, performance and facilities of the hotels using the Crowne Plaza, Crowne Plaza Resort, Crowne Plaza Suites or any other Crowne Plaza hotel brand or Crowne Plaza name.  Licensor will conscientiously seek to maintain high standards of quality, cleanliness, appearance and service at all hotels using the System so as to promote, protect and enhance the public image and reputation of all Crowne Plaza hotel brand names or any other Crowne Plaza name, and to increase the demand for services offered by the System.  The Manual will apply to all hotels operated under the System by Licensor and its licensees.  Limited exceptions from compliance may be made based on local conditions or special circumstances.

### D.     **Limitation on Appeal Rights:**

Licensee will not be arbitrary, capricious or unreasonable in exercising its appeal (or any other) rights under this License, and will use them only for the purpose for which intended.

## 6.     **IAHI:**

### A.     **Membership:**

Licensee, other licensees of the System, and Licensor are eligible for membership in the IAHI and are entitled to vote at its meetings on the basis of one hotel, one vote, provided that Licensee or Licensor, as the case may be, has paid all its dues and fees owing to the IAHI. The purposes of the IAHI will be to consider and discuss, and make recommendations on common problems relating to the operation of System hotels.  Licensor will seek the advice and counsel of the IAHI Board of Directors and its Rules of Operation, Advertising and Reservation Committees, or their successor committees.

### B.     **Function of Committees:**

IAHI committees, their functions and their members will be subject to approval in writing by Licensor, which approval will not be unreasonably withheld.  Recognizing that the IAHI must function in a manner consistent with the best interests of all persons using the System, the Licensee and Licensor will use their best efforts to cause the governing rules of the IAHI to be consistent with this License.

7.    **PROPRIETARY RIGHTS**:

A.    **Ownership of System**:

The Licensee acknowledges and will not contest, either directly or indirectly, Licensor's unrestricted and exclusive ownership of the System and any element(s) or component(s) thereof, or that Licensor has the sole right to grant licenses to use all or any element(s) or component(s) of the System.  Licensee specifically agrees and acknowledges that Licensor owns or is licensed to use the marks Crowne Plaza, Crowne Plaza Suites, Crowne Plaza Resort, and all other Marks, as defined in paragraph 7.B below, other elements associated with the System, as defined in paragraph 1.B of this License, or derived therefrom (including but not limited to domain names or other identifications or elements used in electronic commerce), together with the goodwill symbolized thereby, and that Licensee will not contest directly or indirectly the validity or ownership of the Marks either during the term of this License or after its termination.  All improvements and additions whenever made to or associated with the System by the parties hereto or anyone else, and all service marks, trademarks, copyrights, and service mark, trademark, domain name or similar registrations at any time used, applied for or granted in connection with the System, and all goodwill arising from Licensee's use of Licensor's marks shall inure to the benefit of and become the property of Licensor.  Upon expiration or termination of this License, no monetary amount shall be assigned as attributable to any goodwill associated with Licensee's use of the System or any element(s) or component(s) of the System including any trademarks or service marks licensed hereunder.

B.    **Trademark Disputes**:

The "Marks" means the names and marks Crowne Plaza, Crowne Plaza Suites, Crowne Plaza Resort, Holidex, and their distinguishing characteristics and the other service marks, trademarks, trade names, slogans, commercial symbols, logos, trade dress, copyrighted material and intellectual property associated with the System, including (without limitation) those which Licensor may designate in the future for use and those which Licensor does not designate as withdrawn from use.  Licensor will have the sole right and responsibility to handle disputes with third parties concerning use of all or any part of the Marks or System, and Licensee will, at its reasonable expense, extend its full cooperation to Licensor in all such matters.  All recoveries made as a result of disputes with third parties regarding use of the Marks or System or any part thereof shall be for the account of Licensor.  Licensor need not initiate suit against alleged imitators or infringers, and may settle any dispute by grant of a license or otherwise.  Licensee will not initiate any suit or proceeding against alleged imitators or infringers or any other suit or proceeding to enforce or protect the Marks or System.

C.    **Protection of Name and the Marks**:

Both parties will make every effort consistent with the foregoing to protect and maintain the Marks.  Licensee agrees to execute any documents deemed necessary by Licensor or its counsel to obtain protection for the Marks or to maintain their continued validity and enforceability.  Licensee agrees to use the Marks associated with the System only in the manner authorized by Licensor and acknowledges that any unauthorized use thereof shall constitute infringement of Licensor's rights.

CP08

D.    **Modification or Discontinuation of the Marks**:

If Licensor modifies or discontinues use of any of the Marks licensed under this License as a result of any proceeding or settlement, then Licensee agrees to comply with Licensor's instructions in order to implement such modification or discontinuation. Licensee further agrees that it will have no right to any compensation or other remedies from Licensor or any of its subsidiaries, affiliates or parents as a consequence of any such modification or discontinuation.

8.    **RECORDS AND AUDITS**:

A.    **Monthly Statements**:

At least monthly, Licensee shall prepare a statement which will include all information concerning Gross Rooms Revenue, other revenues generated at the Hotel, room occupancy rates, reservation data and other information required by Licensor that may be useful (in Licensor's sole business judgment) in connection with marketing and other functions of Licensor, its parents, subsidiaries, divisions or affiliates (the "Data"). The Data shall be the property of Licensor. The Data will be permanently recorded and retained by Licensee as may be reasonably required by Licensor. By the third of each month, Licensee will submit to Licensor a statement setting forth the Data and reflecting the computation of the amounts then due under paragraph 3.C. The statement will be in such form (including but not limited to electronic transmission or automatic capture) and detail as Licensor may reasonably request from time to time, and may be used by Licensor for its reasonable purposes.

B.    **Preparation and Maintenance of Records**:

Licensee will, in a manner and form satisfactory to Licensor and utilizing accounting and reporting standards as reasonably required by Licensor, prepare on a current basis (and preserve for no less than 4 years or Licensor's record retention requirements, whichever is longer), complete and accurate records concerning Gross Rooms Revenue and all financial, operating, marketing and other aspects of the Hotel, and maintain an accounting system which fully and accurately reflects all financial aspects of the Hotel and its business. Such records shall include but not be limited to books of account, tax returns, governmental reports, register tapes, daily reports, and complete quarterly and annual financial statements (profit and loss statements, balance sheets and cash flow statements).

C.    **Audit**:

Licensor may require Licensee to have Licensee's Gross Rooms Revenue and/or monies due hereunder computed and certified as accurate by a certified public accountant. During the License Term and for two years afterward, Licensor and its authorized agents will have the right to verify information required under this License by requesting, receiving, inspecting and auditing, at all reasonable times, any and all records referred to above wherever they may be located (or elsewhere if reasonably requested by Licensor). If any such inspection or audit discloses a deficiency in any payments due hereunder, and the deficiency in any payment is not offset by overpayment, Licensee shall immediately pay to Licensor the deficiency and interest thereon as provided in paragraph 3.C(5). Licensee shall also immediately pay to Licensor an audit fee of $3,000. If the audit does not result in a deficiency being assessed, then no audit fee

CP08

will be assessed.  If the audit discloses an overpayment, Licensor will immediately refund it to Licensee.

**D.      Annual Financial Statements:**

Licensee will submit to Licensor as soon as available but not later than 90 days after the end of Licensee's fiscal year, and in a format as reasonably required by Licensor, complete financial statements for such year.  Licensee will certify them to be true and correct and to have been prepared in accordance with generally accepted accounting principles consistently applied, and any false certification will be a breach of this License.

**9.      INDEMNITY AND INSURANCE:**

**A.      Indemnity:**

Licensee will indemnify Licensor, its parents, and its subsidiaries and affiliates and their officers, directors, employees, agents, successors and assigns against, hold them harmless from, and promptly reimburse them for all payments of money (fines, damages, legal fees, expenses, etc.) by reason of any claim, demand, tax, penalty, or judicial or administrative investigation or proceeding whenever asserted or filed (even where negligence of Licensor and/or its parents, subsidiaries and affiliates is alleged) arising from any claimed occurrence at the Hotel or any act, omission or obligation of Licensee or anyone associated or affiliated with Licensee or the Hotel.  At the election of Licensor, Licensee will also defend Licensor and/or its parents, subsidiaries and affiliates and their officers, directors, employees, agents, successors and assigns against same.  In any event, Licensor will have the right, through counsel of its choice, to control any matter to the extent it could directly or indirectly affect Licensor and/or its parents, subsidiaries or affiliates or their officers, directors, employees, agents, successors or assigns.  Licensee agrees to pay Licensor all expenses including attorney's fees and court costs, incurred by Licensor, its parents, subsidiaries or affiliates, and their successors and assigns to remedy any defaults of or enforce any rights under the License, effect termination of the License or collect any amounts due under the License.

**B.      Insurance:**

During the License Term, Licensee will comply with all insurance requirements of any lease or mortgage covering the Hotel, and Licensor's specifications for insurance as to the amount and type of coverage as may be reasonably specified by Licensor from time to time in writing, and will in any event maintain on the Hotel as a minimum, the following insurance underwritten by an insurer approved by Licensor:

(1)      employer's liability with minimum limits of $10,000,000 per occurrence; and

(2)      worker's compensation insurance; and

(3)      employment practices liability insurance (including coverage for harassment, discrimination and wrongful termination, and covering defense and indemnity costs) with a limit of $1,000,000 per loss; and

(4)      the holder of the liquor license will maintain liquor liability insurance with single limit coverage for personal and bodily injury and property damage of at least $10,000,000 for each occurrence naming Licensor and its

parents, subsidiaries and affiliates, (and Licensee if applicable) as additional insureds; and

(5)     commercial general liability insurance, (including coverage for product liability, completed operations, contractual liability, host liquor liability and fire legal liability) and business automobile liability insurance (including hired and non-owned liability) with single-limit coverage for personal and bodily injury and property damage of at least $10,000,000 per occurrence, naming Licensor and its parents, subsidiaries and affiliates as additional insureds. In connection with all construction at the Hotel during the License Term, Licensee will cause the general contractor to maintain commercial general liability insurance (including coverage for product liability, completed operations and contractual liability) and business automobile liability insurance (including hired and non-owned liability) with limits of at least $10,000,000 per occurrence for personal and bodily injury and property damage underwritten with insurers approved by Licensor. Licensor and its parents, subsidiaries and affiliates will be named as additional insureds.

(6)     If multiple locations are insured on policies containing an aggregate limit, then the aggregate limit must apply on a per location aggregate basis.

All policies must be written on a fully insured basis. Deductibles or self-insured retentions are subject to approval on an individual basis.

**C.     Evidence of Insurance:**

At all times during the License Term, Licensee will furnish to Licensor certificates of insurance evidencing the term and limits of coverage in force, names of applicable insurers and persons insured, and a statement that coverage may not be canceled, altered or permitted to lapse or expire without 30 days' advance written notice to Licensor. Revised certificates of insurance shall be forwarded to Licensor each time a change in coverage or insurance carrier is made by Licensee, and/or upon renewal of expired coverages. At Licensor's option, Licensee may be required to provide certified insurance policy copies.

**10.     TRANSFER:**

**A.     Transfer by Licensor:**

Licensor shall have the right to transfer or assign this License or any of Licensor's rights or obligations hereunder to any person or legal entity.

**B.     Transfer by Licensee:**

Licensee understands and acknowledges that the rights and duties set forth in this License are personal to Licensee, and that Licensor has granted this License in reliance on the business skill, financial status, and personal character of Licensee (if Licensee is an individual), and upon the owners, members, partners or stockholders of Licensee (if Licensee is an entity, such as a partnership, company or corporation ("Entity")). Accordingly, neither Licensee nor any immediate or remote successor to any part of Licensee's interest in the License, nor any individual or entity which directly or indirectly owns an Equity Interest (as that term is defined

13                                                                                     CP08

herein) in Licensee or the License, shall sell, assign, transfer, convey, pledge, mortgage, encumber, or give away, any direct or indirect interest in the License or Equity Interest in Licensee, except as provided in this License. Any purported sale, assignment, transfer, conveyance, pledge, mortgage, or encumbrance by operation of law or otherwise, of any interest in the License or any Equity Interest in Licensee not in accordance with the provisions of this License, shall be null and void and shall constitute a material breach of this License, for which Licensor may terminate without opportunity to cure pursuant to paragraph 12.D of this License.

(1)   For the purposes of this paragraph 10, the term "Equity Interests" shall mean any ownership, membership, stock or partnership interests in Licensee and the interests of any partner, whether general or limited, in any partnership, with respect to such partnership, and of any stockholder, member or owner of any corporation or company with respect to such corporation or company, which partnership, corporation or company is the Licensee hereunder or which partnership, corporation or company owns a direct or indirect beneficial interest in Licensee. References in this License to "publicly-traded Equity Interests" shall mean any Equity Interests which are traded on any securities exchange or are quoted in any publication or electronic reporting service maintained by the National Association of Securities Dealers, Inc. or any of its successors.

(2)   If Licensee is an Entity, Licensee represents that the Equity Interests in Licensee are directly and (if applicable) indirectly owned, as shown in Attachment "A."

(3)   In computing changes of Equity Interest, limited partners will not be distinguished from general partners, and Licensor's judgment will be final if there is any question as to the definition of Equity Interest or as to the computation of relative Equity Interests, including transfers of Equity Interests, the principal considerations being:
(a)   direct and indirect power to exercise control over the affairs of the Licensee;
(b)   direct and indirect right to share in Licensee's profits; and
(c)   amounts directly or indirectly exposed at risk in the Licensee's business.

**C.   Transfer of Equity Interests That Are Not Publicly Traded:**

(1)   Except where otherwise provided in this License, Equity Interests in the Licensee that are not publicly-traded may be transferred, issued, or eliminated with Licensor's prior written consent, which will not be unreasonably withheld, provided that after the transaction:
(a)   50% or less of all Equity Interests in Licensee will have changed hands since Licensee first became a party to this License, or
(b)   80% or less of all Equity Interests in Licensee will have changed hands since Licensee first became a party to this License, and no Equity Interest(s) will be held by other than those who held them when Licensee first became a party to this License.

(2)   In computing the percentages referred to in paragraph 10.C(1) above, limited partners will not be distinguished from general partners, and Licensor's judgment will be final if there is any question as to the

CP08

definition of "Equity Interests" or as to the computation of relative Equity Interests, the principal considerations being:

    (a) direct and indirect power to exercise control over the affairs of Licensee;

    (b) direct and indirect right to share in Licensee's profits; and

    (c) amounts directly or indirectly exposed at risk in the Licensee's business.

**D.**      <u>**Transfers of Publicly-Traded Equity Interests**</u>**:**

(1)      Except as otherwise provided in this License, publicly-traded Equity Interests in the Licensee may be transferred without Licensor's consent but only if:

    (a)      immediately before the proposed transfer, the transferor owns less than 25% of the Equity Interest of Licensee; and

    (b)      immediately after the transfer, the transferee will own less than 25% of the Equity Interest of Licensee; and

    (c)      the transfer is exempt from registration under federal securities law.

(2)      Publicly-traded Equity Interests may be transferred with Licensor's written consent, which may not be unreasonably withheld, if the transfer is exempt from registration under federal securities law.

(3)      The chief financial officer of Licensee shall certify annually to Licensor that Licensee is in compliance with the provisions of this paragraph 10.D. Such certification shall be delivered to Licensor with the Annual Financial Statements referred to in paragraph 8.D.

**E.**      <u>**Transfer of the License**</u>**:**

(1)      Licensee, if a natural person, may with Licensor's consent, which will not be unreasonably withheld, transfer the License to Licensee's spouse, parent, sibling, niece, nephew, descendant, or spouse's descendant, provided that:

    (a)      adequate provision is made for the management of the Hotel; and

    (b)      the transferee executes a new license agreement for the unexpired term of this License, on the standard form then being used to license new Hotels under the System, except the fees charged thereunder shall be the same as those contained herein including any adjustments to such fees as may have been implemented from time to time in accordance with the terms of this License; and

    (c)      Licensee guarantees, in Licensor's usual form, the performance of the transferee's obligations under the newly executed license agreement.

(2)      If Licensee is a natural person, he may, without the consent of Licensor, upon 30 days' prior written notice to Licensor, transfer the License to a corporation entirely owned by him, provided that:

    (a)      adequate provision is made for the management of the Hotel; and

    (b)      the transferee executes a new license agreement for the unexpired term of this License on the standard form then being used to

license new Hotels under the System, except the fees charged then shall be the same as those contained herein including any adjustments to such fees as may have been implemented from time to time in accordance with the terms of this License; and

(c)    the Licensee guarantees, in Licensor's usual form, the performance of the new licensee's obligations under the newly executed license agreement.

(3)    If Licensee is a natural person, upon Licensee's death, the License will pass in accordance with Licensee's will, or, if Licensee dies intestate, in accordance with the laws of intestacy governing the distribution of Licensee's estate, provided that:

(a)    adequate provision has been made for management of the Hotel; and

(b)    Licensor gives written consent, which consent will not be unreasonably withheld; and

(c)    the transferee is one or more of the decedent's spouse, parents, siblings, nieces, nephews, descendants, or spouse's descendants and;

(d)    Licensee's heirs or legatees promptly advise Licensor and the transferee promptly executes a new license agreement for the unexpired term of this License, on the standard form then being used to license new Hotels under the System, except the fees charged thereunder shall be the same as contained herein including any adjustments to such fees as may have been implemented from time to time in accordance with the terms of this License.

**F.**     **Transfers of Equity Interest in the Licensee Upon Death To Family Members:**

(1)    If an Equity Interest is owned by a natural person, the Equity Interest will pass upon such person's death, in accordance with such person's will or, if such person dies intestate, in accordance with the laws of intestacy governing the distribution of such person's estate, provided that:

(a)    adequate provision is made for management of the Hotel; and

(b)    Licensor gives written consent, which consent will not be unreasonably withheld; and

(c)    the transferee is one or more of the decedent's spouse, parents, siblings, nieces, nephews, descendants, or spouse's descendants and;

(d)    transferee assumes, in writing, on a continuing basis, the decedent's guarantee, if any, of the Licensee's obligations hereunder.

**G.**     **Registration of a Proposed Transfer of Equity Interests:**

If a proposed transfer of an Equity Interest in the Licensee requires registration under any federal or state securities law, Licensee shall:

(1)    Request the Licensor's consent at least 45 days before the proposed effective date of the registration; and

CP08

(2)     Accompany such request with one payment of a non-refundable fee of $25,000; and

(3)     Reimburse Licensor for expenses incurred by Licensor in connection with review of the materials concerning the proposed registration, including without limitation, attorney's fees and travel expenses; and

(4)     Agree in writing, and all participants in the proposed offering subject to registration agree in writing, to fully indemnify Licensor in connection with the registration; furnish the Licensor all information requested by Licensor; avoid any implication of Licensor's participation in, or endorsing the offering; and use the Licensor's service marks and trademarks only as authorized by Licensor.

**H.     <u>Change of Ownership</u>:**

(1)     This License is not transferable. If Licensee (i) receives an offer to purchase or lease the Hotel or any portion thereof, (ii) desires to sell or lease the Hotel or any portion thereof, (iii) wishes to convey the Hotel, Hotel site, or any Equity Interest in the Hotel, Licensee shall give prompt written notice thereof to Licensor, stating the identity of the prospective transferee, purchaser or lessee and the terms and conditions of the conveyance, including a copy of any proposed agreement and all other information with respect thereto, which Licensor may reasonably require.

(2)     Under the provisions of this License, (i) any Transfer of Equity Interests (other than a permitted Transfer) or (ii) Transfer of all or a substantial part of the Hotel or Hotel site (if the Hotel or Hotel site is owned directly or indirectly by Licensee or by an individual or Entity that owns any Equity Interest in Licensee), to a new owner who desires to continue to operate the Hotel as a Crowne Plaza hotel brand, shall constitute a change of ownership requiring submittal of an application for a new license.

(3)     Licensor shall process such change of ownership application in accordance with Licensor's then current procedures, criteria and requirements regarding fees, upgrading of the Hotel, credit, operational abilities and capabilities, prior business dealings, market feasibility and other factors deemed relevant by Licensor.  If such change of ownership application is approved, Licensor and the new owner shall, upon surrender of the License, enter into a new license agreement.  The new license agreement shall be on Licensor's then current form and contain Licensor's then current terms (except for duration), and if applicable, the new license agreement will contain specified upgrading and other requirements.

(4)     If a change of ownership application for the proposed new owner is not approved by Licensor and the conveyance of the Hotel, Hotel site, or any Equity Interest in the Hotel or Licensee to the proposed new owner occurs, then this License shall terminate pursuant to paragraph 12.D hereof and Licensor shall be entitled to all of its remedies.

CP08

I.    **Transfer of Real Estate:**

      If the real property used in the operation of the Hotel is owned directly or indirectly by Licensee or by an individual or Entity that owns any Equity Interest in Licensee and Licensee, or that individual or Entity proposes to transfer all or a substantial part of such property to a third party, such transfer shall constitute a transfer under the provisions of this License requiring an application for a new license agreement, unless Licensee receives Licensor's prior written consent for the transaction.

J.    **Management of the Hotel:**

      Licensee must at all times retain and exercise direct management control over the Hotel's business. Licensee shall not enter into any lease, management agreement, or other similar arrangement for the operation of the Hotel or any part thereof (including without limitation, food and/or beverage service facilities) with any individual or Entity other than Licensee, without the prior written consent of Licensor.

## 11. CONDEMNATION AND CASUALTY:

A.    **Condemnation:**

      Licensee shall, at the earliest possible time, give Licensor full notice of any proposed taking by eminent domain. If Licensor acknowledges that the Hotel or a substantial part thereof is to be taken, Licensor will give due and prompt consideration, without any obligation, to transferring the License to a nearby location selected by Licensee and approved by Licensor as promptly as reasonably possible and in any event within four months of the taking, provided that Licensee has promptly filed an application to transfer the License to such new location. If the new location is approved by Licensor, and the transfer authorized by Licensor, and if Licensee opens a new hotel at the new location in accordance with Licensor's specifications within two years of the closing of the Hotel, the new hotel will thenceforth be deemed to be the Hotel licensed under this License. If a condemnation takes place and a new hotel does not, for whatever reason, become the Hotel under this License in strict accordance with this paragraph (or if it is reasonably evident to Licensor that such will be the case), the License will terminate forthwith upon notice thereof by Licensor to Licensee.

B.    **Casualty:**

      If the Hotel is damaged by fire or other casualty, Licensee will expeditiously repair the damage. If the damage or repair requires closing the Hotel, Licensee will immediately notify Licensor; will repair or rebuild the Hotel in accordance with Licensor's standards; will commence reconstruction within four months after closing; will expeditiously continue on an uninterrupted basis with such reconstruction and will reopen the Hotel for continuous business operations as soon as practicable (but in any event within 24 months after closing of the Hotel), giving Licensor ample advance notice of the date of reopening. If the Hotel is not reopened in accordance with this paragraph, the License will forthwith terminate upon notice thereof by Licensor to Licensee. Notwithstanding anything else herein to the contrary, during the time the Hotel is closed, Licensee shall pay Licensor a monthly royalty of 2% of Gross Rooms Revenue based on the average monthly Gross Rooms Revenue for the preceding 12 months prior to the date of closing or if the Hotel has not been in the System for 12 months, based on the average

    CP08

monthly Gross Rooms Revenue for the period during which the Hotel has been in operation in the System.  Said payment shall be in lieu of all other System fees under paragraph 3.C of this License.

The License may be replaced by a new license agreement as provided in paragraph 10 and the License may terminate as provided in this paragraph 11 without liquidated damages.

### C.    No Extensions of Term:

Nothing in this paragraph 11 will extend the License Term but Licensee shall not be required to make any payments pursuant to paragraphs 3.C(1) and (3), except as provided in paragraph 11.B above, for periods during which  the Hotel is closed by reason of condemnation or casualty.

## 12.    TERMINATION:

### A.    Expiration of Term:

This License will expire without notice on **ten (10) years from the date of the opening of the Hotel** subject to earlier termination as set forth herein.  This License is not renewable, and Licensee acknowledges and agrees that this License confers upon Licensee absolutely no rights of license renewal following the expiration of the License Term.  The parties recognize the difficulty of ascertaining damages to Licensor resulting from premature termination of the License, and have provided for liquidated damages which represent their best estimate as to the damages arising from the circumstances in which they are provided.

### B.    Termination by Licensee on Advance Notice:

Licensee may terminate the License as provided in paragraph 3.B, by giving at least 12 but less than 15 months' advance notice to Licensor accompanied by a lump sum payment as an early termination fee, and not as a penalty or in lieu of any other payments required under this License, equal to the total of all amounts required under paragraph 3.C for the 12 calendar months of operation preceding the notice or if the Hotel has been in operation in the System for less than 12 months, the greater of (i) 12 times the monthly average of such amounts for the period during which the Hotel has been in operation in the System, or (ii) 12 times such amounts as are due for the one month preceding the termination.

### C.    Termination by Licensor on Advance Notice:

(1)    In accordance with notice from Licensor to Licensee, this License will terminate (without any further notice unless required by law), provided that:

(a)    the notice is mailed at least 30 days (or longer, if required by law) in advance of the termination date; and

(b)    the notice reasonably identifies one or more breaches of the Licensee's obligations; and

(c)    the breach(es) are not fully remedied within the time period specified in the notice.

(2)     If Licensee shall have engaged in a violation of this License, for which a notice of termination was given and termination failed to take effect because the default was remedied during the then preceding 12 months, the period given to remedy defaults will, if and to the extent permitted by applicable law, thereafter be 10 days instead of 30 (provided, however, if there have been two or more violations of the License in the preceding twelve months for which notices of termination were given, upon the next violation, if and to the extent permitted by applicable law, the License may be terminated by Licensor immediately upon notice).

(3)     In any judicial proceeding in which the validity of termination is at issue, Licensor will not be limited to the reasons set forth in any notice sent under this paragraph.

(4)     Licensor's notice of termination or suspension of services shall not relieve Licensee of its obligations under this License.

**D.**    **Immediate Termination by Licensor:**

This License may be terminated by Licensor immediately (or at the earliest time permitted by applicable law) if:

(1)     (a)     Licensee or any guarantor of Licensee's obligations hereunder shall generally not pay its debts as they become due, or shall admit in writing its inability to pay its debts, or shall make a general assignment for the benefit of creditors; or

     (b)     Licensee or any such guarantor shall commence any case, proceeding or other action seeking reorganization, arrangement, adjustment, liquidation, dissolution or composition of it or its debts under any law relating to bankruptcy, insolvency, reorganization or relief of debtors, or seeking appointment of a receiver, trustee, custodian or other similar official for it or for all or any substantial part of its property; or

     (c)     Licensee or any such guarantor shall take any corporate or other action to authorize any of the actions set forth above in paragraphs (a) or (b); or

     (d)     any case, proceeding or other action against Licensee or any such guarantor shall be commenced seeking to have an order for relief entered against it as debtor, or seeking reorganization, arrangement, adjustment, liquidation, dissolution or composition of it or its debts under any law relating to bankruptcy, insolvency, reorganization or relief of debtors, or seeking appointment of a receiver, trustee, custodian or other similar official for it or for all or any substantial part of its property, and such case, proceeding or other action: (i) results in the entry of any order for relief against it which is not fully stayed within seven business days after the entry thereof, or (ii) remains undismissed for a period of 45 days; or

     (e)     an attachment remains on all or a substantial part of the Hotel or of Licensee's or any such guarantor's assets for 30 days; or

     (f)     Licensee or any such guarantor fails, within 60 days of the entry of a final judgment against Licensee in any amount exceeding

CP08

$50,000, to discharge, vacate or reverse the judgment, or to stay execution of it, or if appealed, to discharge the judgment within 30 days after a final adverse decision in the appeal; or

(2)     Licensee voluntarily or involuntarily loses possession or the right to possession of all or a significant part of the Hotel, except as otherwise provided in paragraph 11; or

(3)     Licensee, or any entity or individual having a direct or indirect ownership interest in it, contests in any court or proceeding Licensor's ownership of the System or any part of it, or the validity of the Marks or other service marks or trademarks or intellectual property associated with any of Licensor's businesses; or

(4)     A breach of paragraph 9 or paragraph 10 occurs; or

(5)     Licensee fails to continue to identify the Hotel to the public as a System hotel, engages in any action that violates Licensor's proprietary rights under paragraph 7 or ceases to operate the Hotel as a System hotel; or

(6)     Any action is taken toward dissolving or liquidating Licensee or any guarantor hereunder, if it is an Entity, except for any such actions resulting from the death of a partner; or

(7)     Licensee (or any principal stockholder, owner, member or partner of Licensee as the case may be) is, or is discovered to have been, convicted of a felony (or any other offense if it is likely to adversely reflect upon or affect the Hotel, the System or Licensor in any way); or

(8)     Licensee maintains false books and records of account or submits false reports or information to Licensor; or

(9)     Licensee knowingly fails to comply with the requirements of the License and/or the Manual on safety, security, or privacy for its guests at the Hotel, or on the reputation of the management, employees or operation of the Hotel, and such failure may significantly adversely reflect upon or affect the Hotel, the System or Licensor, its parents, subsidiaries and affiliates in any way; or

(10)    A breach of paragraph 14.M occurs.

**E.      De-Identification of Hotel Upon Termination:**

Licensee will take whatever action is necessary to assure that no use is made of any part of the System at or in connection with the Hotel after the License Term ends. This will involve, among other things, returning to Licensor the Manual and all other materials proprietary to Licensor, ceasing the use of any of Licensor's trademarks or service marks, physical changes of distinctive System features of the Hotel, including removal of the primary freestanding sign down to the structural steel, and all other actions required to preclude any possibility of confusion on the part of the public and to ensure that the Hotel is no longer using all or any part of the System or otherwise holding itself out to the public as a Crowne Plaza hotel. Anything not done by Licensee in this regard within 30 days after termination, may be done at Licensee's expense by Licensor or its agents who may enter upon the premises of the Hotel for that purpose.

**F.      Payment of Liquidated Damages:**

If the License terminates pursuant to paragraph 12.C or 12.D above, Licensee will promptly pay Licensor (as liquidated damages for the premature termination only, and not as a

CP08

penalty nor as damages for breaching the License nor in lieu of any other payment) a lump sum equal to the total amounts required under paragraphs 3.C(1), (3) and (4) during the 36 calendar months of operation preceding the termination or such shorter period as equals the unexpired License Term at the time of termination; or if the Hotel has not been in operation in the System for 36 months, the greater of:

(1)     36 times the monthly average of such amounts for the period during which the Hotel has been in operation in the System, or

(2)     36 times such amounts as are due for the one month preceding such termination.

## 13.    **RELATIONSHIP OF PARTIES:**

### A.    **No Agency Relationship:**

Licensee is an independent contractor. Neither party is the legal representative nor agent of, or has the power to obligate (or has the right to direct or supervise the daily affairs of) the other for any purpose whatsoever. Licensor and Licensee expressly acknowledge that the relationship intended by them is a business relationship based entirely on and circumscribed by the express provisions of this License and that no partnership, joint venture, agency, fiduciary or employment relationship is intended or created by reason of this License.

### B.    **Licensee's Notices to Public Concerning Independent Status:**

Licensee will take such steps as are necessary and such steps as Licensor may from time to time reasonably request to minimize the chance of a claim being made against Licensor for anything that occurs at the Hotel or for acts, omissions or obligations of Licensee or anyone associated or affiliated with Licensee or the Hotel. Such steps may, for example, include giving notice in guest rooms, public rooms and advertisements and on business forms and stationery, etc., making clear to the public that Licensor is not the owner or operator of the Hotel and is not accountable for what happens at the Hotel. Unless required by law, Licensee will not use Licensor's name, the Marks or any other trademarks, service marks or other intellectual property owned or licensed by Licensor or any of its affiliates, or any similar word in its corporate, partnership or trade name, nor authorize or permit such use by anyone else. Licensee will not use Licensor's name, the Marks or any other trademarks, service marks or other intellectual property owned or licensed by Licensor or any of its affiliates, to incur any obligation or indebtedness on behalf of Licensor.

Licensee shall not register Licensor's name, the Marks or any other trademarks, service marks or other intellectual property owned or licensed by Licensor or any of its affiliates, as part of any internet domain name or Uniform Resource Locator (URL), and may not display or use any of the Marks or other intellectual property rights related to the System in connection with any web site and may not promote, maintain, implement or be responsible for any web site in connection with the licensed Hotel without the prior written approval of Licensor, and if approved by Licensor, any such web site shall comply with all of Licensor's web site requirements as set forth in the Manual or otherwise.

CP08

14.   **MISCELLANEOUS**:

A.   **Severability and Interpretation**:

The remedies provided in this License are not exclusive.  In the event any provision of this License is held to be unenforceable, void or voidable as being contrary to the law or public policy of the United States or any other jurisdiction entitled to exercise authority hereunder, all remaining provisions shall nevertheless continue in full force and effect, unless deletion of the provision(s) deemed unenforceable, void or voidable impairs the consideration for this License in a manner which frustrates the purpose of the parties or makes performance commercially impracticable.  In the event any provision of this License requires interpretation, such interpretation shall be based on the reasonable intention of the parties in the context of this transaction without interpreting any provision in favor of, or against, any party hereto by reason of the draftsmanship of the party or its position relative to the other party.

B.   **Binding Effect**:

This License shall become valid when executed and accepted by Licensor at Atlanta, Georgia. It shall be deemed made and entered into in the State of Georgia, and shall be governed and construed under, and in accordance with, the laws and decisions (except any conflicts of law provisions) of the State of Georgia. In entering into this License, Licensee acknowledges that it has sought, voluntarily accepted and become associated with Licensor who is headquartered in Atlanta, Georgia. The choice of law designation permits, but does not require, that all suits concerning this License shall be filed in the State of Georgia.

C.   **Exclusive Benefit**:

This License is exclusively for the benefit of the parties hereto, and it may not give rise to liability to a third party.  No agreement between Licensor and anyone else is for the benefit of Licensee.

D.   **Entire Agreement**:

This is the entire agreement between the parties pertaining to the licensing of the Hotel and supersedes all previous negotiations and agreements between the parties pertaining to the licensing of the Hotel as a Crowne Plaza brand hotel.  No change in this License will be valid unless in writing signed by both parties.  No failure to require strict performance or to exercise any right or remedy hereunder will preclude requiring strict performance or exercising any right or remedy in the future.

### E.    **Licensor Withholding Consent**:

Licensor's consent, whenever required, may be withheld if any breach by Licensee exists under this License. Approvals and consents by Licensor will not be effective unless evidenced by a writing duly executed on behalf of Licensor.

### F.    **Notices**:

Notices will be effective hereunder when and only when they are reduced to writing and delivered personally or mailed by Federal Express or comparable overnight or express delivery service or by certified mail to the appropriate party at its address, hereinafter set forth, or to such person and at such address as may subsequently be designated by one party to the other.

Licensor:    Holiday Hospitality Franchising, Inc.
Three Ravinia Drive, Suite 100
Atlanta, Georgia  30346
Attn:        Vice President, Franchise Administration

Licensee:    Lenexa Hotel, L.P.
c/o: Stephen J. Craig
730 New Hampshire, Suite 206
Lawrence, KS 66044

### G.    **Authority**:

Licensee represents and warrants to Licensor that the entities and persons signing this License on behalf of Licensee are duly authorized to do so and to bind Licensee to enter into and perform this License. Licensee further represents and warrants to Licensor that Licensee and the entities and persons signing this License on behalf of Licensee have obtained all necessary approvals and that their execution, delivery and performance of this License will not violate, create a default under or breach any charter, bylaws, agreement or other contract, license, permit, order or decree to which they are a party or to which they are subject or to which the Hotel is subject. If Licensee has not already done so prior to the execution of this License, Licensee agrees to submit to Licensor by the date specified by Licensor all of the documents and information that Licensor required or requested in the license application and in connection with the licensing process. Licensee acknowledges that its breach of the representations and warranties in this paragraph, its failure to comply with Licensor's requirements for the submission of information and documents, or any omission or misrepresentation of any material fact in the information or documents submitted to Licensor in connection with the license application and/or the licensing process will constitute a material breach of Licensee's obligations under this License.

### H.    **General Release and Covenant Not to Sue**:

Licensee and its respective heirs, representatives, successors and assigns, hereby release, remise and forever discharge Licensor and its parents, subsidiaries and affiliates and their directors, employees, agents, successors and assigns from any and all claims, whether known or

CP08

unknown, of any kind or nature, absolute or contingent, if any there be, at law or in equity, from the beginning of time to and including, the date of Licensor's execution of this License, and Licensee and its respective heirs, representatives, successors and assigns do hereby covenant and agree that they will not institute any suit or action at law or otherwise against Licensor, directly or indirectly relating to any claim released hereby by Licensee. This release and covenant not to sue shall survive the termination of this License. Licensee shall take whatever steps are necessary or appropriate to carry out the terms of this release and covenant not to sue upon Licensor's request.

**I.        Performance of the Work:**

Licensee agrees to perform the construction and renovation work including, without limitation, the purchase of furniture, fixtures and equipment set forth on Attachment "B" attached hereto and incorporated herein by reference ("the Work"). Licensee acknowledges that its agreement to perform the Work is an essential element of the consideration relied upon by Licensor in entering into the License and agrees that, Licensee may be authorized, in Licensor's sole discretion, to use the System at the Hotel prior to completion of the Work, but only during such time as Licensee is actively meeting its performance obligations in full compliance with the requirements of Attachment "B". Licensee's failure to perform the Work in accordance with Licensor's requirements and specifications (including the progress, milestone, completion and other dates specified in Attachment "B") shall constitute a material breach of Licensee's obligations under the License.

In the event Licensor terminates this License due to Licensee's breach of any of its obligations under the License prior to the time that Licensee is authorized to use the System at the Hotel, Licensee shall pay the Licensor (as liquidated damages for the premature termination only, and not as a penalty nor as damages for breaching the license or in lieu of any other payment), a lump sum equal to 2½ times the full amount of application fees that would be due and owing for the Hotel, based upon the proposed number of rooms for the Hotel or the minimum Application Fee required (whichever is applicable), as disclosed in Item 5 of the Crowne Plaza disclosure document, and irrespective of whether any application fees have been paid or assessed for the Hotel.

**J.        Reimbursement of Expenses:**

Licensee agrees to pay Licensor all expenses, including reasonable attorney's fees and court costs, incurred by Licensor, its parents, subsidiaries, affiliates, and their successors and assigns, to remedy any defaults of or enforce any rights under the License, effect termination of the License or collect any amounts due under the License.

**K.        Descriptive Headings:**

The descriptive headings in this License are for convenience only and shall not control or affect the meaning or construction of any provision in this License.

**L.        Capital Reserve:**

Licensor may establish capital reserve requirements on Licensee ("Reserve") in an amount not in excess of 6% of Gross Rooms Revenue annually to be used for capital

CP08

expenditures and upgrading of the Hotel including renovation of guest rooms, guest room corridors and other public spaces and replacement of furniture, fixtures and equipment. Licensor shall give Licensee no less than ninety (90) days notice of any such Reserve requirements as the same may be established or changed by Licensor from time to time, and in such event, Licensee shall establish an escrow reserve account funded monthly in a bank selected by Licensee. Licensee shall make expenditures from such account for the purposes hereinbefore specified in accordance with Licensor's requirements. Licensee acknowledges that the Reserve may not be sufficient to maintain the Hotel as a first class facility in accordance with Licensor's standards and Licensee shall promptly provide any necessary additional funds to meet Licensor's product quality and consumer quality requirements.

### M.    Terrorism:

Licensee represents, warrants and covenants that neither it nor any entity or individual having a direct or indirect ownership interest in it nor any of Licensee's affiliates nor any officer, director, employee, member, partner or shareholder of any of the foregoing, has, does or will (i) support or supported terrorism; (ii) provide or provided money or financial services to terrorists; (iii) engage or engaged in terrorism; (iv) appear or appeared on the United States government list of organizations that support terrorism; and (v) engage or engaged in or be or been convicted of fraud, corruption, bribery, money laundering, narcotics trafficking or other crimes. Licensee further warrants and represents that all of the foregoing individuals are eligible under applicable United States immigration laws to travel to the United States for training or any other purpose.

### N.    Business Judgment:

Licensor and Licensee recognize and agree, and any mediator or judge is affirmatively advised, that certain provisions of this License describe the right of Licensor (or one of its committees) to take (or refrain from taking) certain actions in the exercise of its business judgment as to the long-term overall interests of the System, and/or upon its determination that the change was adopted in good faith and is consistent with the long-term overall interests of the System. Where such judgment has been exercised by Licensor (or one of its committees), neither a mediator, nor a judge, nor any trier of fact, shall substitute his, her or their judgment for the judgment so exercised by Licensor.

### O.    Right of First Refusal

### [THIS SECTION INTENTIONALLY DELETED]

15.  **SPECIAL STIPULATIONS**:

    A.    <u>Site Control.</u>

        Licensee expressly understands and agrees that control of the Location by Licensee is a condition precedent to the granting of the license and the final ratification of this License by Licensor. Accordingly, the license is granted and this License is provided only on a conditional basis, subject to Licensor's receipt of satisfactory evidence of Licensee's control of the Location in accordance with the provisions of this paragraph. Unless Licensor receives and Licensee delivers a copy of the recorded deed or other documentary evidence satisfactory to Licensor that Licensee has fee simple title to the Location or an executed lease of the Location for the term of the License within ninety (90) days from the Term Commencement Date, Licensor shall have the right to terminate the License by written notice to Licensee. Such right shall expire upon Licensor's receipt and acceptance of a copy of the fully executed lease or recorded deed showing such leasehold interest or fee simple title in Licensee.

    B.    <u>Licensee's Option for Extension of Term.</u>

        Within 36 months of the opening of the hotel in the System Licensee may submit a written request to Licensor that Licensor provide Licensee with an addendum to the License to provide Licensee with an Option for Extension of term. The addendum to the License shall allow that, between the **eighth** and **ninth** anniversary of the opening of the Hotel in the System Licensee may request in writing that Licensor provide and deliver to Licensee a Product Improvement Plan ("PIP") or the then current equivalent of a PIP. Provided Licensee is not then in default and has no outstanding amounts owed to Licensor and its affiliates under this License, Licensor will prepare and deliver the PIP to Licensee within 120 days of receipt of such written request and Licensor will bill Licensee the then-current fee for preparation of the PIP. Licensee must then notify Licensor in writing by no later than 60 days following the receipt of the PIP as to whether or not Licensee intends to complete the PIP. If Licensee chooses to complete the PIP, then the License term will be extended to 20 years from the date of opening of the Hotel under the System and the PIP will become an Addendum to this License and will set forth reasonable renovation and upgrading requirements applicable to entering conversion hotels at that time. Upon execution of the Addendum, Licensee shall be required to take such steps as may be necessary to complete the items on the PIP within the time period specified. Licensee's failure to complete the PIP in accordance with its terms and the Addendum shall be considered a default under this License, which may be terminated pursuant to Paragraph 12.C in the event of such default. If Licensee fails to submit a request within the timeframe permitted or Licensee chooses not to complete the PIP, the License will expire as set forth in Paragraph 12.A. Should Licensee not request the option of extension of term within 36 months from the date of the opening of the System this stipulation <u>16.B.</u> shall become null and void.

    C.    <u>Conditions to Opening</u>.

        Notwithstanding anything else herein to the contrary, Licensee will not be authorized to use the Crowne Plaza name, trademarks and/or service marks, or any part of the Crowne Plaza System in the operation of the Hotel, nor will any opening of the Hotel as a Crowne Plaza hotel be authorized, unless and until Licensor has received written evidence, in form and substance satisfactory to Licensor confirming that Carlson Hotels Worldwide has acknowledged that any license agreement, franchise agreement or other agreement previously in

effect with respect to the operation of the Hotel has been terminated and that such termination has been accepted by Carlson Hotels Worldwide; that there are no effective performance obligations owed to Carlson Hotels Worldwide by Licensee, except for claims (if any) for financial adjustments incident to the termination of any prior agreements; that Licensee and Carlson Hotels Worldwide have arrived at a resolution of those financial claims or have agreed to a procedure by which the parties' respective rights and obligations will be determined; and that there is no legal impediment to Licensee's future performance of this License.

### D.  Reduction of Liquidated Damages.

Notwithstanding Paragraph 12, if Licensee sells the Hotel anytime after the third anniversary of opening of the Hotel in the System, outside the Crowne Plaza System, all fees and amounts owing to Licensor and its affiliates have been paid in full at the time of the sale, Licensor receives at least 30 days prior written notice of such sale, and Licensee performs all post termination obligations within the timeframes specified by Licensor, then liquidated damages will be reduced to a lump sum equal to the total amounts required under Paragraphs 3.C(1), (3) and (4) during the 24 calendar months of operation preceding the termination; or if the Hotel has not been in operation in the System for 24 months, the greater of:

(i)   24 times the monthly average of such amounts for the period during which the Hotel has been in operation in the System, or

(ii)  24 times such amounts as are due for the one month preceding such termination.

### E.  Hotel Sold Within the System.

Notwithstanding anything else herein to the contrary, in the event Licensee sells the Hotel and has given Licensor at least thirty (30) days prior written notice of such sale, a new license agreement may be issued to the purchaser upon (i) the purchaser's submission of a completed application on Licensor's then current form (ii) accompanied by a **$10,000 application fee**, (iii) the purchaser's qualification under Licensor's then current standards for new licensees, and (iv) Licensor's approval, to be granted or withheld in its discretion, of the application including, without limitation, market viability. If Licensor approves such purchaser's application and the purchaser executes a new license agreement for a term equal to or greater than the remaining balance of the original term of this License, then the License will be terminated and Licensor shall forebear in the collection of liquidated damages according to Paragraph 12.F. of the License provided payment of all System Fees and other amounts due under this License, payment of other amounts then owed Licensor, InterContinental Hotels Group and their affiliated companies by Licensee, the purchaser, or their respective affiliates and principals are paid in full upon termination of the License, and Licensee performs all post-termination obligations within the timeframes specified by Licensor.

CP08

F.    **Additional Transfer Provisions.**

Notwithstanding anything contained in Paragraph 10 any failure of the General Partner to maintain direct management control of the Licensee and/or any failure of Stephen J. Craig to maintain beneficial interest in and management control of the General Partner shall constitute a change of ownership of this License resulting in the termination of this License. Other than specified in Paragraph 15.F. Licensee's rights under Paragraph 10 shall not be effected by Paragraph 15.F.



**[SIGNATURES ON THE FOLLOWING PAGE]**

CP08

**IN WITNESS WHEREOF**, the parties have executed this License, as of the date first stated above.

**Licensee:**

**LENEXA HOTEL, L.P.**

By:    Ventura Hotel Corporation
        Its General Partner

        By: _____
             Stephen J. Craig
             President

        Attest: _Carol G. Childers_
             Corporate secretary/other
             corporate officer/ Notary
             with Seal

**Licensor:**

**HOLIDAY HOSPITALITY FRANCHISING, INC.**

By:_____
    Jenny Tidwell
    Vice President
    Franchise Administration

Attest:_____
    Assistant Secretary

CP08

## GUARANTY

As an inducement to Holiday Hospitality Franchising, Inc. ("Licensor") to execute the License dated _____ May 13 _____, 2008 between Licensor and Lenexa Hotel, L.P., ("Licensee"), for the Crowne Plaza branded hotel located at 12601 West 95th Street, Lenexa, KS 66215, ("License"), the undersigned (sometimes referred to as the "guarantor(s)"), jointly and severally, hereby unconditionally warrant to Licensor and its successors and assigns that all of Licensee's representations in the License and the application submitted by Licensee to obtain the License are true, and guarantee that all of Licensee's obligations under **Paragraphs 3.C. (the "Fees") and 12.F. (the "Liquidated damages)** of the above License, including any amendments thereto whenever made (all hereafter referred to collectively as the "License"), will be punctually paid and performed.

Upon default by the Licensee and notice from Licensor, the undersigned will immediately make each payment and perform each obligation required of Licensee under **Paragraphs 3.C. (the "Fees") and 12.F. (the "Liquidated damages)** of the above License. Without affecting the obligations of the undersigned under this Guaranty, Licensor may without notice to the undersigned extend, modify or release any indebtedness or obligation of Licensee or any of the guarantor(s), or settle, adjust or compromise any claims against Licensee or any of the guarantor(s). The undersigned waive notice of amendment of the License and notice of demand for payment or performance by Licensee.

Upon the death of an individual guarantor, the estate of such guarantor will be bound by this Guaranty but only for defaults and obligations hereunder existing at the time of death, and the obligations of the other guarantors will continue in full force and effect.

The Guaranty constitutes a guaranty of payment and performance and not of collection, and each of the guarantors specifically waives any obligation of Licensor to proceed against Licensee or any money or property held by Licensee or by any other person or entity as collateral security, by way of set off or otherwise. The undersigned further agree that this Guaranty shall continue to be effective or be reinstated, as the case may be, if at any time payment of any of the guaranteed obligations is rescinded or must otherwise be restored or returned by Licensor upon the insolvency, bankruptcy or reorganization of Licensee or any of the undersigned, all as though such payment had not been made.

This Guaranty shall become valid as of the Term Commencement Date of the License which is __ _____ May 13 _____, 2008. It shall be deemed made and entered into in the State of Georgia, and the undersigned agree that this Guaranty and the obligations provided for hereunder shall be governed and construed in all respects by the internal laws and decisions (except any conflicts of law provisions) of the State of Georgia, including all matters of construction, validity, enforceability and performance.

To the extent permitted by law, the undersigned (i) consent and submit, at Licensor's election and without limiting Licensor's rights to commence an action in any other jurisdiction, to the personal jurisdiction and venue of any courts (federal, superior, or state) situated in the County of DeKalb, State of Georgia; (ii) waive any claim, defense or objection in any such proceeding based on lack of personal jurisdiction, improper venue, forum non conveniens or any similar

CP08

basis; and (iii) expressly waive personal service of process and consent to service by certified mail, postage prepaid, directed to the last known address of the undersigned, which service shall be deemed completed within ten (10) days after the date of mailing thereof.

The undersigned agree to pay Licensor all expenses, including reasonable attorneys' fees and court costs, incurred by Licensor, its parents, subsidiaries, affiliates, and their successors and assigns, to remedy any defaults of or enforce any rights under this Guaranty or the License, effect termination of this Guaranty or the License, or collect any amounts due under this Guaranty or the License.

**IN WITNESS WHEREOF**, each of the undersigned has signed this Guaranty under Seal, as of the date of the above License.

Witnesses:                                    Guarantors:

_Carol J. Childers_                           Stephen J. Craig, legal signature
                                              1712 Prestwick Drive
                                              Lawrence, KS 66047
                                              SSN: 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

CP08

## ATTACHMENT "A"

Facilities and Services (paragraph 1):

Site-Area and general description:          Four Story; Interior Corridor

Fee owners (names and addresses):   Lenexa Hotel, L.P.
                                                           730 New Hampshire, Suite 206
                                                           Lawrence, KS 66044

Number of approved guest rooms (including suites): 296

Number of approved suites:          N/A

Restaurants and lounges (number, seating capacity, names and description):
    Bistro – 113 total seats
    The Bar – 42 total seats

Holidome indoor recreation center:          N/A

Gift shop:   yes

Other concessions and shops:          N/A

Parking facilities (number of spaces, description):          320 Surface Spaces

Swimming pool:   Indoor Pool

Other facilities and services:          Banquet/Meeting Room (+/- 11,900 sq/ft); Fitness Room; Guest Laundry; Business Center; Game Room; Concierge Room

Ownership of Licensee (paragraph 10):

**LENEXA HOTEL, L.P.**                                                             **100%**
    Ventura Hotel Corporation, general partner                    69%
    _Stephen J. Craig_, shareholder                              _100_ %
    _____, shareholder                              _____ %
    _____, shareholder                              _____ %
    Stephen J. Craig, limited partner                            31%

CP08

## ATTACHMENT "B"
## THE WORK

Licensee acknowledges that its agreement to perform and complete the work that is more particularly described in paragraph 14.I is an essential element of the consideration relied upon by Licensor in entering into the License and agrees that, notwithstanding any other provision of the License, Licensee may be authorized to use the system at the Hotel prior to completion of the Work only during such time as Licensee is actively meeting its performance obligations in full compliance with the requirements of paragraph 14.I and Attachment "B". In the event Licensor terminates this License due to Licensee's breach of any of its obligations under the License prior to the time that Licensee is authorized to use the System at the Hotel, Licensee shall pay to Licensor (as liquidated damages for the premature termination only, and not as a penalty nor as damages for breaching the license nor in lieu of any other payment), a lump sum equal to 2-1/2 times the full amount of the application fees that would be due and owing for the Hotel, based on the proposed number of rooms for the Hotel or the minimum application fee required (whichever is applicable), as disclosed in Item 5 of the UFOC, and irrespective of whether, in fact, any application fees have been paid or assessed for the Hotel

Licensee shall not commence its operation of the System at the Hotel unless and until it receives Licensor's written authorization to do so.

Licensor may authorize Licensee to open and operate the Hotel as a Crowne Plaza branded hotel even though Licensee has not fully complied with the terms of the License, provided Licensee fulfills all remaining terms of this License on or before the date designated by Licensor. Licensee may not commence to operate the Hotel as a Crowne Plaza branded hotel without Licensor's written authorization. Notwithstanding any consent by Licensor to the authorized conditional opening of the Hotel as a Crowne Plaza branded hotel, the construction, upgrading and renovation work more particularly described in paragraph 14.I shall be completed and the Hotel shall otherwise be in compliance with the License and shall open as a Crowne Plaza branded hotel on or before **March 1, 2009**.

CP08

**Attachment "B"**





InterContinental Hotels Group

March 24, 2008

Three Ravinia Drive
Suite 100
Atlanta, GA 30346-2149
www.ihg.com

Mr. Stephen Craig                    cc:    Mr. Bill Stuckeman
**SJ Craig Financial**
1309 Chatsworth Court, East
Colleyville, TX 76034

**Re:    Proposed Conversion of the Radisson to a Crowne Plaza Hotel
         Lenexa (Overland Park), KS / Location #TBD (Proj. I.D. 10343)
         Revised PIP Issues / Modified Fast Track Contingencies**

Stephen:

This project was recently approved by the Franchise Approval Committee for conversion as a Crowne Plaza Hotel and will be allowed to open with a portion of the work completed (as described further in this letter). Please note below the PIP issues discussed and clarified in my letter to you from May 24, 2007 with revisions or additional comments noted in ***bold italic*** as well as your new milestone dates and Fast Track contingencies:

**Life Safety – Fire/Smoke Separation at Stairwells:**

In clarification of the PIP requirement to furnish rated separation between stairwells and corridors: During our walk-through I noticed several stairs that lead from a vestibule area at ground level to the second floor corridors. Your PIP requires that these stairwells have doors (which can be on automatic holds) that separate them from the adjacent corridors in order to prevent smoke contamination in the event of fire. Although many local codes may accept this on existing construction, we require this modification as part of compliance to NFPA. With regard to our life safety standards, we require that the more stringent (local vs. national vs. IHG) requirement be enforced and in this event NFPA and IHG would override local requirements.

**Front Desk / Lobby / Lobby Corridors / Gift Shop:**

As we discussed the atrium/lobby area requires a comprehensive design that upgrades its appearance while creating a space that flows easily from one venue to the next. I would encourage you, as your design phase ensues, to retain and embellish the redwood finishes and provide further enhancement to them by utilizing other finishes that are indigenous to

the area to supplement the overall atrium ambiance. For example, driving back to the airport I noticed several limestone outcroppings - a creative use of this type of stone would be as veneer or cladding to ribbed concrete or along sections of brick. This would be both appropriate to the area as well as an interesting design component.

You will definitely want to refine and update the flooring and lighting and then incorporate décor, occasional pieces and some new furnishings (and possibly some re-upholstering) to complete the overall design.  Any items that you may to retain should be submitted as part of the overall design presentation – and, I did notice some pieces that could definitely be retained as part of the renovated package.

Please note the following with regard to your PIP within the atrium area:

1. **Gift Shop:**  The PIP requirement to expand the gift shop is waived in lieu of addressing finishes as deemed appropriate to overall design concept.  Since you have shopping nearby, I would recommend you even consider installing an electronic kiosk type of vending such as those available from Zoom Industries – which can sell anything from iPods to soap and which will accept credit cards as payment.

2. **Vending / Arcade**:  As discussed these venues may be eliminated entirely within the lobby and the space they currently occupy utilized for other purposes. This will be reviewed as part of the overall renovation for the lobby area.

3. **Fitness Room:**  It will not be necessary to expand the fitness room per the PIP requirements; however, renovation to this area must address conditional issues with regard to FF&E, the HVAC system, and include decorative appointments such as upscale hampers and towel bins.

**Restaurant & Lounge:**

Your restaurant / lounge area requires some layout revision which helps to bring those two venues together and update the remaining older décor elements.  I don't believe this will necessarily entail a complete gut and reconstruction of this area, but do think some revisions are in order.  For example, we discussed replacing the banquettes with booths in the dining area and relocating the entrance to the dining so that it adjoins the bar entrance. The caboose buffet area requires some modification to update its appearance – and I would encourage you to eliminate the railroad detailing entirely from this feature. An arbor might be a more appropriate enclosure for the buffet in conjunction with the new renovation.  Again, these are issues to be determined in conjunction with the overall renovation.

**Public Restrooms:**

I did note that these restrooms do require considerable renovation to upgrade and update their appearance. While vanities and mirrors appear to be newer, the remaining components of the restrooms look to be original.

**Meeting Rooms, Pre-Function, Board Room:**

1. **Carpeting and Wall Vinyl:** The PIP requirement to replace all carpet throughout the meeting rooms is extended until 24 months beyond License Execution – not to exceed replacement by July 1, 2009 unless conditions warrant earlier replacement. Conditional issues (stains, scuffs, etc.) must be addressed as they occur.

2. **Crowne Molding:** The PIP requirement to provide crown molding in all meeting rooms is a good one especially for small rooms such as the board room. Our standards require décor package within each meeting space which can include crown molding, artwork, lighting and/or a combination of these elements. In the instance of your large ballroom, I would encourage you to update the lighting – but, additional millwork or trim really wouldn't add much to the space. This is an issue to be determined by your design team.

3. **Banquet Seating:** Crowne Plaza has recently implemented a new 80/20 meeting room seating standard which designates that 80 percent of your meeting room seating be a specified flex-back banquet chair (MTS Seating) and that 20 percent of your inventory be the Herman Miller task/training chair. You can get further information concerning this program at www.ihgdesignconnect.com (password: *design*) -- click on the Crowne Plaza tab.

4. **Boardroom:** The PIP requirement to replace all items within this room is modified to include replace lighting, refinishing boardroom table, providing new console/sideboard, removing old console and refinishing leather seating and audio visual cabinet. Again, this space needs a designers touch to help tie the components together. *Given the time that has elapsed since my visit and original letter, it is strongly encouraged that a full renovation be provided in this area.*

5. **Business Center:** The PIP requirement to replace all items wi6thin this room is modified to include replacing lighting, providing artwork/décor elements and addressing conditional issues with regard to FF&E. *Given the time that has elapsed since my visit and original letter, it is strongly encouraged that a full renovation be provided in this area.*

**Club Level Lounge and Guestrooms:**

A Club Lounge and Club Level Guestrooms are optional features for a Crowne Plaza hotel but we strongly encourage our hotels to provide these features since so many of our repeat guests are Priority Club members. As discussed, your fourth floor would be ideal

as a club level and the open deck above the registration area would make a very nice Club Lounge.

**Guestroom Corridors – Tower & Low Rise:**

1. **Lighting:** The PIP requirement to replace the sconce lighting in the tower and low rise corridors is waived.

2. **Floor Tile:** The PIP requirement to replace tile in the vending alcoves is waived provided tile is in good condition.

3. **Vending Wing Wall:** Standards require that the sides and back of vending equipment be concealed. Ideally, for Crowne Plaza vending alcoves, we like to see louvered doors to help shield these machines. Your request to waive providing extended wing walls at tower vending will be reconsidered at a future milestone date; however, I do encourage you to proceed with this work if this equipment is not properly tucked and fitted within the niches. *Another possibility is to provide smaller vending and ice machines – which are now available from a number of providers.*

4. **Guest Laundry:** As noted in your comments, a guest laundry is not required for a Crowne Plaza hotel and in most cases we discourage that one be provided. It will be acceptable to eliminate this facility entirely.

**Guestrooms & Suites:**

1. **Desks:** The PIP requirement to replace desks is not waived; however, we will allow the newer desks in the Tower be relocated to the Low Rise building until such time as casegoods are replaced in the Low Rise building. Desks must either match the casegoods or be of a coordinating design that compliments the other furniture pieces within the room. Although the desk you have in the Tower Rooms is newer, it is inconsistent in style and finish with the existing casegoods and, unless all casegoods are replaced to match desks, doesn't work with your existing furniture package.

2. **Wall Vinyl and Window Treatments:** After seeing a few of these rooms, I sincerely believe the rooms would be better served by completing these two requirements. I did notice that the Low Rise rooms have knockdown with wall vinyl only on the headboard wall. In the instance of these rooms, I would encourage you replace the neutral wall vinyl with a bolder color or accent texture to really upgrade these rooms. Again, and as we agreed, the Low Rise rooms will not require renovation until post-opening.

3. **Televisions:** Per standards, Crowne Plaza (like most other brands within the industry) will soon mandate that all hotels have a 32" LCD flat panel television – with compliance to be completed by the end of 2009. Since this is a brand

initiative, it will not be waived but do believe this timeline provides you time to plan the capital expenditures and work through the timing with Lodgenet. ***This standard is now in force for all IHG brands and the new flat panel televisions are required at opening for all hotels entering the system.***

4. **Closet Doors:**  Existing closet doors may remain provided they are in good condition; however, any rooms that do not have closet doors must have them installed as part of the overall renovation.

5. **Crowne Plaza Sleep Advantage:**  The good thing about our bedding program is that it affects only what is on top of the bed – as long as standards are met regarding performance specifications.  We do require our signature duvet, pillows, linens, dust skirt, etc.  If you'd like to retain some of the components you currently have (e.g., dust skirts, decorative throws), you will need to submit a request to the brand at CPonline.  Typically, we have allowed some components to continue to be utilized; however, so much of our marketing and brand identity is so closely tied to this program that the brand reviews each variance on an individual basis.

6. **Suites:**  Please describe any issues within the suites you feel need waiver; or, submit plans that incorporate any elements you want to retain within the renovation.

**Guestroom Baths:**

As noted, the acrylic tubs within the tower rooms will require replacement; however, we will accept a shower enclosure as opposed to a tub and tile surround.  If you decide to utilize a panel wall system – either for the tubs or for showers, I encourage you to look at products from Mincey Marble (800/533-1806 or info@minceymarble.com).  They make some very attractive panel systems that don't look like 'fabricated' slabs.  I have not had the opportunity to price these units yet, but Kenneth Mincey can give you some budget numbers.  Newer vanities, of course, may remain as can lighting and decoratively framed mirrors; however, we do want upgrades to these baths such as upgraded faucetry, the Crowne Plaza bath program, possibly artwork within the baths.  Your designer should establish the scope of work based on what works with the overall rooms design and then submit the changes for review.

~~*Work required for the 'contract' rooms will be extended for completion until 12 months past the opening date at which time all work as required in the PIP must be completed within these rooms.~~ ***This extension is rescinded due to length of time since original correspondence and per newly instated PIP milestones as noted later in this letter.***

As previously noted, the Holiday Hospitality Franchising, Inc (HHFI) Franchise Approval Committee has approved the above mentioned hotel as a fast track candidate. As a condition of this approval, certain IHG life safety, Crowne Plaza brand standards,

and PIP conditional issues must be addressed prior to opening into the IHG system. These specific items, listed below, must be 100% complete prior to opening.

The following PIP items and submittal requirements, taken from the PIP, are required to be completed prior to opening as a Crowne Plaza hotel:

- *Hotel must receive approval from the Quality Consultant or NHOP Manager during the opening day evaluation.*
- *As previously noted, Hotel must have completed all life safety issues as required by InterContinental Hotels Group and as noted in the PIP.*
- *Hotel must have a compliance plan in place for completion of all accessibility issues as required by the Americans with Disabilities Act.*
- *Hotel must have renovation posters and signage posted and a plan in place to mitigate any guest inconvenience caused by ongoing work.  Work in progress must be screened to the greatest extent possible.*
- *Hotel must have installed the Crowne Plaza Sleep Advantage Program, a CD/AM/FM Alarm Clock Radio, The new Crowne Plaza Bath Program and any other brand icon standards in each of the rooms by the opening date.*
- *A preliminary design concept or design mission statement must be approved by IHG; and Plans and Color Boards for any outstanding work must be submitted and approved by the Design & Plan Review Department prior to opening as a Crowne Plaza*
- *All former brand signage and logos must be removed and a Crowne Plaza identity package installed (temporary banners may be utilized until permanent signage is provided only upon approval by the Brand)*
- *All work must be completed within 12 months of opening as a Crowne Plaza hotel unless otherwise specified in the PIP or in writing from the Property Improvement Department.*
- *All personnel training as required by brand standards must be completed or scheduled shortly after opening.*
- *Hotel must have a qualified General Manager and Director of Sales on site.*
- *Ownership must attend New Owner Training; or, have it scheduled within 3 months of opening.*
- *All pertinent paperwork (as required by InterContinental Hotels Group) must be provided and faxed to the NHOP Department (770/604-8072).  The following documentation will be required:*
  - *Certificate of occupancy.*
  - *Proof of approved insurance.*

- *Certificate of installation and/or testing of the Fire Safety System.*
- *Certificate of testing of the Fire Sprinkler System.*
- *Accessibility letter from a certified designer, architect or independent agency stating the property is in (or soon will be) full compliance with accessibility requirements.*

*The PIP Department will visit the property prior to the hotel's opening date to check the work as noted in the PIP; and will conduct milestone visits until all work is completed.*

Please be sure to submit all items for approval prior to purchasing and installation. These can be sent to the attention of Joe Dan Draffen, Senior Plan Review Consultant. Joe Dan can be reached at 770/604-8077 or via e-mail at joe.draffen@ihg.com. Brand standards require that you seek professional design assistance.

**Renovation Display Material -** all existing IHG branded hotels are required to provide a professionally prepared signage/communications program on property informing guests about renovations planned or in progress. Please contact Tina Lyle (770/604-2486) for a renovation signage kit acceptable for Crowne Plaza hotels.

*The fast track items listed above must be 100% complete (unless otherwise agreed to by the PIP Department), and the hotel must achieve an acceptable rating on a Quality Checklist prior to opening/converting to the InterContinental® Hotels Group family of brands. Please notify InterContinental® Hotels Group immediately of any needed extensions to your opening date.*

*If the opening team finds that the hotel is not, in fact, ready to open on its opening date, the hotel will be billed $2,000 for each additional PIP Department visit. Additional charges will also be assessed to change the opening date within 7 days of opening. Additional fees may also be incurred from other IHG departments.*

Upon License Execution, the following milestones will apply:

> **50% Completion of guestrooms, Life Safety, All Exterior Renovation, All ADA & Fast Track Contingencies** . . . . . . . . . . . . . . . . . . . . . .   **March 1, 2009**
>
> **Commercial Interiors (Lobby, Restaurant/Lounge, Meeting Space, Recreational, Sundry Shop, Business Center, Restrooms, etc.)**. . . . . . . . . . . . . . . .   **July 1, 2009**
> *(at 4 mos of opening)*
>
> **All Remaining Work Balance of Guestroom Work,**

| | | |
|---|---|---|
| **All remaining punch)** | . . . . . . . . . . . . . . . . . . . . . . | **December 1, 2009** |
| | | ***(at 9 mos of opening)*** |

Please call me at 770 / 604-5943 if you have any questions regarding this letter.

***Please note that the items included in this letter serve as amendments to the March 7, 2007 Property Improvement Plan (PIP) and with the exception of the items included herein, the PIP remains in full affect. Furthermore, the franchisee is responsible for ensuring that the building and building site comply with all building codes, Life Safety codes, Fire Safety requirements, the Americans with Disabilities Act (ADA) and any other applicable codes and ordinances. The franchisee must also ensure that the property complies with all standards requirements as noted in the current Crowne Plaza Standards Manual.***

Finally, the exterior rendering for your overall modifications to the building will require additional modification and enhancement to meet Crowne Plaza requirements. Specifically, please incorporate the following into your next design proposal:

1. Modify roofline with a cornice such as a "fin" or other detail to both the low-rise and tower buildings to help upgrade the architecture and anchor new branding position.

2. Replace spandrel sections at guestroom windows with new full width windows; or, (if spandrel windows are dual pane), provide tinting to both windows and spandrel to give the appearance of a full width window.

3. Provide details that upgrade the appearance of any grills.

4. Provide a new color scheme (including a mixture of products such as brick or stone along the base) to help signify brand change and new placement.

Please review these items carefully and feel free to give me a call if you have questions regarding your PIP or Crowne Plaza standards. I look forward to working with you again and we hope to soon welcome this as a new member of the Crowne Plaza family.

Sincerely,

Susan M. Rady
Manager – Design & Property Improvement-Upscale Division

cc:   Gina LaBarre       Keith Biumi       Shelley Smith
       Larry Gervais       David Bingham     Kevin Winkowski

# ATTACHMENT "B"



**Proposed Conversion of the Radisson Hotel to a Crowne Plaza Hotel**

**Lenexa, KS/ Location #13849**

**March 7, 2007**

| ACTION REQUIRED | This Property Improvement Plan was developed fro an on-site review of the subject hotel on March 7, 2007 by Shelley Smith, InterContinental Hotels Group accompanied by Bill Stuckeman, SJ Craig Financial and Tom Rost, General Manager. |
|---|---|
| **Inspecting Consultant**<br><br>**Shelley D. Smith**<br>**404-771-8772 – Cell**<br>**Number**<br><u>shelley.smith@ihg.com</u><br>**– e-mail address** | **Time is of the essence** – the following PIP document was produced upon your request.  This report is preliminary unless and until the Franchise Committee of Holiday Hospitality Franchising, Inc ("HHFI") approves the franchise application.  If, within 6 months from the date of this PIP, a franchise application is not presented to and approved by the Franchise Approval Committee (FAC) of HHFI, - and, if approved, a license agreement is not signed by all parties, and the PIP report executed as an attachment to such License Agreement, the PIP shall become null and void at the sole election of HHFI.  (At his discretion, the Manager of the Property Improvement Department may extend this time.) |
| **PIP Department Number:**<br>**770/604-5949 – Phone**<br>**770/604-2476 – Fax**<br><br>**Gary Armbrust**<br>**Director, Property**<br>**Improvement**<br>**770/604-2410**<br><br>**Susan M. Rady**<br>**Manager, Design/Property**<br>**Improvement-Upscale**<br>**770/604-5943** | Any questions, clarifications, or concerns you may have concerning this document should be directed to:  Shelley D. Smith, AIA NCARB<br><br>The PIP document and any addendum will become attachments to any executed License Agreement.  Therefore, all scope of work and timing issues must be negotiated and agreed to prior to being presented to FAC.  Franchisees and their design professionals are encouraged to com to Atlanta and meet with member of the PIP Department to discuss this renovation in more detail. |

**SUBMITTAL PROCESS**

Professional architectural, interior design and landscape design assistance is required during the renovation process of a Crowne Plaza hotel.

*The franchisee is responsible for ensuring that the building and building site comply with the most current brand standards, including life safety requirements, the Americans with Disabilities Act (ADA), local building codes and any other applicable codes and ordinances.*

All Plans and Color Boards Must be Approved By:

Susan M. Rady
770/604-5943 – Office
678/480-0263 – Cell
770/604-2476 – Fax

e-mail:
susan.rady@ichotelsgroup.com

---

Please submit all plans, specifications and color boards to the InterContinental Hotels Group, Property Improvement Department for review and approval prior to purchasing or beginning renovation. Any items not formerly submitted for approval may require replacement or modification if they do not meet Design Standards.

Send all submittals to:

> InterContinental Hotels Group
> Property Improvement Department
> 3 Ravinia Drive, Suite 100
> Atlanta, GA  30346-2149
> Attn:  Susan Rady

All submittals must be clearly marked with the following information:

- Name of Hotel
- City & State of Hotel
- Location Number (4 digits) or INNCODE
- Name of Franchisee
- Sender's Name, Address, Phone Number, Fax and E-Mail

All plans will be kept at the corporate office and retained for future reference. Color boards and specification books will be returned only upon request when accompanied by a pre-addressed return label and UPS, FedEx or other shipper billing number.

Please visit the following website for a brief presentation on Crowne Plaza Design Expectations:

http://www.ihgdigitallibrary.com/slideShows.ihg?xid=10&property=22795&project=5353&album=7740

## GENERAL INFORMATION

**PROPERTY INFORMATION**

Address: 12601 W. 95th Street
Lenexa, KS 66215
Phone: 913-888-6670
Fax: 913-888-9528
Website: www.radissonlenexa.com

## General Description

- The hotel was originally constructed in 1972 as a two building, two story (700-800) Holiday Inn. The atrium building was added in 1984 and the hotel was converted to a Holidome. The hotel is situated directly off Interstate 35 at 95th street which is a major commercial artery for Lenexa and Overland Park. The hotel owns an adjacent parcel of land that currently serves as overflow parking. The hotel is close to Oak Park Mall. Corporate Woods Business Park and Sprint Campus are several miles away in Overland Park. The hotel has an interior pool and large whirlpool, a fitness center and sundries shop, an atrium restaurant and separate lounge. There is approximately 11,000 square feet of meeting space.
- The following guestrooms were inspected in preparation of this report: 327,422,417,422, 133 and a few others.
- The hotel's primary customer base is approximately 50% Business and Group and 50% Leisure.
- Market competitors include Holiday Inn at 87th Street, Doubletree Hotel at Corporate Woods, Wyndham Hotel, Hampton Inn on 435, Marriott Courtyard.

**The property will require renovation to update its appearance and meet current Crowne Plaza standards. Specific renovation requirements are described in the body of the following report.**

**All areas of hotel must meet current Crowne Plaza standards, including Life Safety Standards.**

**Franchisee is required to repair or replace all items and finishes in the hotel that may be damaged during the course of the renovation. Ensure all areas of the hotel are in new condition upon completion of the PIP.**

| Interior Corridor | | X | | | | Exterior Corridor | | |
|---|---|---|---|---|---|---|---|---|
| | Year Built | 1972 | | Highest Story | 4 | Parking Spaces | | 320 |
| Indoor Pool | | X | Outdoor Pool | | Mx Pool Dpth | | Spa/Sauna | Whirlpool | X |
| # of Elevators | * | | | # Sets of Public Restrooms | | 2 | | # Vending Areas | 5 |

*The hotel has 2) elevators – 2 guest elevators that serve only the atrium building and (0) house elevator.*
*** Restrooms are located adjacent to lobby atrium and adjacent to ballrooms.**

| Recent Renovations: | Years(s) | Scope of Work |
|---|---|---|
| Lobby/Atrium | 2003 | Carpet and Tile installed in lobby, jog track and putt-putt removed. |
| Guestrooms | 2006 | New Guestroom and Corridor carpet installed in tower, VWC installed in guestrooms, New desks and desk chairs in tower building New sleep number beds installed in tower guestrooms. |

| Guestrooms: | # of Rooms |
|---|---|
| # of Original Rooms | 113 |
| # of 1st Addition | 183 |
| # of 2nd Addition | |
| Total Rooms: | 296*** |

| Room Types | # of Rooms |
|---|---|
| # of King Rooms | 117 |
| # of Dbl/Dbl or Dbl/Queen | 141 |
| # of Suites | 7 |
| Single Queen Guestrooms | 4 |

\*\*\* Currently there are 269 guestrooms that are in service; the balance is currently utilized as storage.

| Commercial Spaces | | | |
|---|---|---|---|
| Restaurant | Bistro | # of seats | 113 |
| Lounge | The Bar | # of seats | 42 |

| The Place to Meet | | | |
|---|---|---|---|
| Pre-Function Corridor | Three are three p.f. corridors | # of seats | NA |
| Meeting / Banquet Room | Ballroom (divisible into 2 sections) | 250 # of seats | 3,859 s.f. |
| Meeting / Banquet Room | Jayhawk (Boardroom) | 10 # of seats | 297 s.f. |
| Meeting / Banquet Room | Salon  (BCD)  divisible into 3 sections | 40 # of seats | 671 s.f. |
| Meeting / Banquet Room | Salon E | 50 # of seats | 931 s.f. |
| Meeting / Banquet Room | Lenexa Room | 75 # of seats | 1019 s.f. |
| Meeting / Banquet Room | Presidents Room | 100 # of seats | 1696 s.f. |
| Meeting / Banquet Room | Party Deck | 110 # of seats | 2167 s.f. |

| Commercial Spaces | |
|---|---|
| HVAC Systems | (2/4 pipe; thru-wall, split, etc.) |
| Commercial Areas | 4 Pipe |
| Guestrooms | 4 Pipe in tower, PTAC in 700-800 building. |

| Fire Safety Systems | | | | |
|---|---|---|---|---|
| Sprinkler System | Commercial Areas | Yes | No | X |
| | Guestroom Corridors | Yes | No | X |
| | Guestrooms | Yes | No | X |
| Smoke Detection | Commercial Areas | Yes | X | No |
| | Guestroom Corridors | Yes | X | No |
| | Guestrooms | Yes | X | No |

| Add'l Information | | | | |
|---|---|---|---|---|
| Fitness Room | Yes | X | No | |
| Guest Laundry | Yes | X | No | |
| Business Center | Yes | X | No | |
| Game Room | Yes | X | No | |
| Gift Shop | Yes | X | No | |
| Concierge Room | Yes | X | No | |
| *Concierge Lounge | Yes | | No | X |
| Employee Restrooms | Yes | X | No | |
| Employee Break | Yes | | No | X |

* There is a reserved area of lobby seating currently utilized as the Signature club for "priority guests".

## Renovation Notice

A professionally prepared signage/communications program is required for all hotels under renovation and; should include professional color boards and layouts explaining anticipated improvements and design direction.  All work in progress must be screened to the greatest extent possible and a plan must be in place to mitigate any guest inconvenience caused by ongoing renovation.

A 'Renovation Kit' that includes lobby/elevator posters, counter cards and tent cards to communicate to your guests is available through IHG Promotions.  For further information, contact:

IHG Promotions
One Stamford Landing, Suite 210 ●Stamford, CT  06902
Ph:  203/705-2448 ● Fx:  203/969-1309

## PIP Overview

NOTE:  The following narrative is intended to give the property owner an overview describing the required work.  Your Property Improvement Consultant may, at times, give design direction; however, it is the responsibility of hotel ownership to employ design professionals who may provide alternative solutions for the work described below.

The remaining PIP Document notes specific requirements with a brief summary of standards noted at the beginning of the document for quick reference purposes only – full brand standards and requirements are in the Crowne Plaza Standards Manual and must be addressed as part of your renovation.

Please read your PIP document carefully and let us know if there are issues for discussion.  This document is designed to protect the integrity and standards of the Crowne Plaza Brand, ensure compliance with ADA and Life Safety Requirement and provide you with a clearly written renovation/construction scope of work.  As previously stated, upon License Execution it will become an integral part of your License Agreement.

## Americans with Disabilities (ADA)

### Standards at a Glance (Refer to Standards for Full Requirements) . . .

| | |
|---|---|
| See also Federal Register/Vol. 56, No. 144 (7-26-1992), Rules & Regulations – Appendix A to part 36. ADA accessibility Guidelines for Buildings & Facilities (ADAAG).<br><br>www.usdoj.gov/crt/ada<br><br>http://www.access-board.gov/ada-aba/summary.htm<br><br>**ADA Questions:**<br><br>Please e-mail questions to gil.hardwick@ichotelsgroup.com or charlie.broun@ichotelsgroup.com | InterContinental Hotels Group requires full compliance with ADA as set forth by Federal Guidelines.<br><br>Lowered section at front desk to accommodate guests in wheelchairs<br><br>Accessibility to all public, administrative and back of house areas.<br><br>Approximately 5% of guestroom count must be ADA compliant and must include proper number of roll-in units; and include a mix of available room types. Refer to ADAAG table<br><br>5% of guestrooms must be equipped for guests with hearing impairments |

| | |
|---|---|
| **ADA Requirements** | ***Requirements noted here reflect deficiencies found during this inspection; other deficiencies may exist.***<br><br>Federal Guidelines and InterContinental Hotels Group require that hotels with 296 guestrooms have a total of 10 fully compliant ADA guestrooms (i.e., 7 standard accessible guestrooms; plus, 3with roll-in showers).  7 additional rooms for the hearing impaired are also required.<br>1.   Add 6 accessible guestrooms, spread throughout all guestroom types.<br>2.   Ensure the hotel is equipped with 7 fully signed and striped accessible parking spaces.<br>3.   Furnish extended drapery draw rods with looped ends on all operable window treatments in accessible guestrooms.<br><br>The hotel currently has a total of 4 accessible guestrooms and no rooms with roll-in showers. Deficiencies in the accessible rooms visited are noted below, other deficiencies may exist:<br>1.   Ensure all accessible guestrooms are equipped with open bed frames.<br>2.   Lower wall mounted hair dryer- to accessible reach heights of 48" a.f.f. to top of dryer- or furnish hand held dryer.<br>3.   All guestroom lamp switching to be modified to push through, toggle or touch sensitive switching.<br>4.   Replace all door knob style hardware throughout the hotel (both guest access and back of house areas) with leverset hardware. Ensure all hardware finishes match in contiguous spaces<br>The following accessibility deficiencies were noted throughout other areas of the hotel: |
| **Canadian Accessibility** | Canadian properties must ensure their hotels are compliant with Access Canada Level IV, Local code and Ordinances regarding accessibility and InterContinental Hotels Group requirements for Travelers with Disabilities |

## Life Safety

| *Life Safety Standards at a Glance (Refer to Standards for Full Requirements) . . .* | |
|---|---|
| InterContinental Hotels Group Life Safety standards requirement compliance with NFPA guidelines and include some requirements more stringent than local, state or national code requirements and that shall take precedence over any codes or standards that are less stringent. | Sprinkler system required in all areas – including attic spaces<br>All areas except guestrooms must be covered by emergency lighting.<br>All areas must be covered by smoke detection – including along corridors not to exceed placement every 40' O.C.<br>Code compliant railing<br>Qualified electronic locking system.<br>Pools must be enclosed either by fences w/self-locking gates or within rooms restricted by electronic locks.<br>House telephones required at elevator landings.<br>Operable guestroom windows must open no further than 4". |

| Life Safety Requirements | 1. Replace all depth markers at pool and whirlpool with permanent tile makers indicating depth in both feet and meters at coping edge and feet at waterline. Furnish additional permanent "universal no diving" symbols at both pool and whirlpool. |
|---|---|

1. Replace all depth markers at pool and whirlpool with permanent tile makers indicating depth in both feet and meters at coping edge and feet at waterline. Furnish additional permanent "universal no diving" symbols at both pool and whirlpool.
2. Replace handrails at stairs at 700-800 building with new handrails that conform to the following: **Stairwell railings require retrofit to conform to ADAAG guidelines regarding railings and picket spacing.** All exit stairwell railings will need to be retrofitted to be ADAAG and life safety compliant. Opening between horizontal and vertical spindles not to exceed 4". Handrails must be continuous on both sides of the stairs. Handrails at dogleg of stairs must be continuous or extend at least 12" beyond the top riser and at least 12" + the width of one tread beyond the bottom riser. At the top, the extension must be parallel with the floor and or ground surface.
3. All stairs (interior and exterior) to be modified to reflect closed risers in accordance with Brand Standards.
4. Equip all exterior guestroom building entrance doors with card reader.
5. Eliminate all exterior guestroom entrance doors. Replace with new storefront and spandrel panels.
6. Replace gates to pool and whirlpool areas with new self closing, self latching pool gates with kid proof latches.
7. Furnish step lighting at all stairs and elevation changes.
8. Replace all handrails with compliant handrails as noted in item 2- additionally, replace all handrails with compliant grasp dimension of 1.25"-2".
9. Remove existing exterior exit stairs on low rise buildings- replace with new interior enclosed exit stair configuration. Stairwells must meet all Life Safety and brand standard requirements.
10. Building is currently non-sprinkled. Crowne Plaza requires all areas of hotel to be automatically sprinkled.
11. Furnish smoke detection devices in all guest access areas, back of house areas, and all storage rooms exceeding 150 square feet. Furnish additional smoke detection devices in suites with separate parlor rooms.
12. Replace all ill-functioning and yellowed exit signs with new edge lit style signs. All signs and devices must match in contiguous spaces.
13. Furnish a second smoke detection device at parlor rooms of suites.
14. Remove all storage items and debris from stairwells.
15. Furnish physical barrier to overhead obstruction at stairwells found on the first floor level of exit stairs.
16. Replace existing electrical outlets at vending areas with new GFIR circuited outlets.
17. Furnish rated separation between stairwells and guestroom corridors per brand standards. Doors may be on magnetic hold opens tied to fire alarm release.
18. Non-switching lighting at business office.
19. Furnish smoke detector, strobe/horn and emergency lighting at business office.

| Exterior | | | | |
|---|---|---|---|---|
| *Exterior Standards at a Glance . . .* | | | | |
| **Porte Cochere** | **Commercial/Guestroom Tower** | **Landscape** | **Site Work** | **Life Safety** |
| • 14' high, 2-car widths<br>• Decoratively paved | • Masonry finish<br>• Commercial | • Well Appointed | • Paved parking | • Minimum 2' candlepower parking |

| | | | | |
|---|---|---|---|---|
| drive surface<br>• Bell stand or valet<br>• Decoratively appointed<br>• Automatic Entrance Doors or Bellman<br>• Music at arrival | Quality Insulated Windows<br>• Appropriately Detailed Roofline<br>• Decorative Grille Covers<br>• Clearly Identified Auxiliary Entrances<br>• Concealed Back of House Areas | Beds and Landscape Throughout<br>• Additional Foliage to emphasize main and auxiliary entrances<br>• Appropriate Decorative Pieces ad Outdoor Furnishings were appropriate. | w/curbing<br>• Islands to distinguish parking lot<br>• Paved, topically treated sidewalks<br>• Concealed Equipment and Dumpsters | area lighting<br>• Electronic locks on auxiliary guest entrances<br>• Fences and gates for exterior recreational venues<br>• Handrails at steps |

| Exterior Requirements | | <ol><li>Replace all leaking or fogged skylights.</li><li>Hotel entrance is "rear" of building when approaching from 95th street. More obvious signage is required to direct hotel guests to main lobby entrance.</li><li>Both lobby and meeting room entrance elements (Porte cochere) will need to be upgraded to signify a hotel brand change and upgrade appearance of hotel. It is recommended to provide a gabled standing seam metal roof on both elements, clad the columns in appropriate detailing such as stacked stone, carved limestone or stucco detailing depicting base shaft and capital. Further detailing such as a redesigned/updated stairwell parapet roof element and oversized cornice detail is warranted to upgrade appearance/architectural styling of hotel.</li><li>Paint hotel in fresh, new color scheme.</li><li>Replace all irreparably scratched and damaged aluminum doors with new doors. Remove all stick on signage and replace with a fully coordinated signage package.</li><li></li><li>Refinish stucco of Porte cochere element in smooth aggregate finish.</li><li>Replace all exterior up/down light fixtures with new upscaled updated designed light fixtures that add a decorative quality to building.</li><li>Further, light building and enhance with new landscape lighting.</li><li>Furnish curb cut depression at conference/meeting center entrance element. Provide additional enhancements to upgrade the sense of arrival and provide a proper sense of scale. Prune and trim healthy plants that are to remain and provide additional topiaries, planters and features at the entrance and along the building to upgrade and enhance the overall aesthetics of the exterior.</li><li>Repaint all bronze colored tube railing in new paint color palate. Remove all current hotel logo's and signage and provide a new Crowne Plaza identity package. Repair all scars from old signage removal. It is recommended to provide a masonry walled gateway feature at primary entrance with illuminated sign and surrounding flowering landscaped beds to enhance sense of arrival. Coordinate with InterContinental® Hotels Group to ensure all current brand standards are met and the hotel and grounds are appropriately identified.</li><li>Replace brand flag.</li><li>Relocate satellite dish so as not to visible to guests.</li><li>Furnish permanent enclosure around transformer at exterior sidewalk adjacent to low rise building.</li><li>Replace green shed awnings over guestroom corridor entrances with new updated, upscaled designed vestibule awning with hard finish ceiling, concealed or decorative lighting and appropriately scaled and designed signage. Furnish decorative paving detailing to further accentuate the entrance.</li><li>Eliminate all surface mounted conduits on face of building.</li><li>Replace storefront door and sidelight at entrance vestibule with new upscale styled double doors.</li><li>Replace dumpster enclosure with new permanent enclosure such as stucco faced concrete block with opaque gates. Paint to match building color palate. All dumpsters must be contained within dumpster enclosures.</li><li>Resurface upper parking lot as required to eliminate all potholes and alligatoring. Furnish lighting and stairs with compliant handrails to upper parking lot. Furnish adequate lighting at stairs and parking.</li></ol> |
| --- | --- | --- |

## Public Areas

### Public Areas Standards at a Glance . . .

| Area | Floors & Base | Walls | Ceiling | Miscellaneous |
| --- | --- | --- | --- | --- |
| Main Vestibule | Integral Walk-Off Mat w/carpet or tile to coordinate with adjacent | Coordinate to exterior finish (brick stucco, stone, etc.) | Drywall Ceiling OR Suspended 2x2 Ceiling Tile w/ | • Lighting to be recessed can to provide ambient lighting (incandescent or color-correct fluorescent |

Reproduced from ... ... ... ...<br>... ... ... ...<br>... ... ...

| | | | |
|---|---|---|---|
| | commercial area flooring w/ coordinating base | OR<br>Type I wall vinyl or millwork to coordinate with adjacent commercial area | Reveal Edge | bulbs)<br>OR<br>• Surface mounted decorative fixture appropriate to décor.<br>• 2X2 AND 2X4 LIGHTING ARE NOT PERMITTED |
| **Lobby, Restaurant, Lounge, Pre-Function, Elevator Landings, Business Center** | Mini. 42. oz. CYP w/ manufacturer approved pad w/wooden or stone base<br>OR<br>Large scale ceramic or stone tile to meet 0.6 COF suitable for commercial spaces w/ coordinating base<br>OR<br>A combination of the two products w/wooden or stone base<br><br>Area rugs (when used) must be taped or secured to eliminate slip hazards | Type II wall vinyl w/millwork trim appropriate to décor<br>OR<br>Extensive millwork w/painted walls in an eggshell or textured finish<br>OR<br>A combination of the above finishes<br><br>PLAIN PAINTED GYPBOARD WALLS ARE NOT APPROVED | Multi-plane drywall ceiling<br>OR<br>Suspended 2x2 ceiling tile w/ reveal edge located within multi-plane ceiling (drywall soffits, coffers, beams, etc.) | • Ambient lighting to be recessed cans (with incandescent or color-correct fluorescent bulbs) w/supplementary lighting appropriate to décor (i.e., chandeliers, sconces, table sconces, etc.)<br>• All guest count surfaces to be upscale solid surface material (e.g., upgraded Corian or better) or natural stone.<br>• PLASTIC LAMINATE FINISHES (i.e., FACADES OR COUNTER TOPS) ARE NOT ALLOWED<br>• 2x2 fluorescent fixtures are allowed in Business Center |
| **Ballrooms & Meeting Rooms** | Minimum 42 oz. CYP or Axminster Carpet w/manufacturer' recommended pad w/wooden or stone base | Type II wall vinyl w/ millwork trim appropriate to décor<br>OR<br>Floor to ceiling architectural millwork<br>OR<br>Extensive millwork w/ painted walls in an eggshell or textured finish<br>OR<br>A combination of above | Multi-plane drywall ceiling<br>OR<br>Multi-plane ceiling w/recessed 2x2 ceiling tile<br>OR<br>2x2 reveal edge tile in secondary meeting spaces (other than ballrooms) | • Lighting to be fully dimmable and include a combination of recessed cans and 2x2 fluorescent fixtures w/ parabolic lenses.<br>• Lighting must have remote control access at speaker's podium.<br>• Decorative fixtures are required in ballrooms (i.e., chandeliers, sconces, etc.) and strongly encouraged in other meeting rooms.<br>• All meeting rooms must be properly appointed with décor element appropriate to design concept. |
| **Public Restrooms** | Ceramic tile or natural stone (large scale) w/coordinating | Type II wall vinyl, ceramic tile or stone on non-fixtures walls (or, | Painted drywall<br>OR<br>2x2 ceiling tile w/reveal edge | • Lighting to be recessed cans to provide ambient lighting w/ supplementary lighting appropriate to |

| | | | | |
|---|---|---|---|---|
| | ceramic or stone base.<br><br>42 oz. CYP or Axminster carpet for vestibule areas | a combination of the two)<br><br>Ceramic tile or stone on fixtures walls (4' minimum wainscot required) | | décor (i.e., chandeliers, sconces, table lamps. General lighting to be continuous.<br>• Separate decorative vanity lighting.<br>• Decoratively framed vanity and full length mirrors.<br>• Vanity counter to be upscale solid surface or natural stone and under-mounted china sinks with upscale, lever faucetry sets.<br>• Partitions to be drywall w/louvered doors; or, plastic laminate with decorative doors.<br>• Décor required as deemed appropriate to the space. |
| **Elevators** | Large scale ceramic tile or natural stone OR<br>42 oz. CYP or Axminster Carpet | High pressure laminate relief panels with molding and trim appropriate to décor. | Drywall, laminate of metal ceiling w/recessed can lighting | • Handrails required.<br>• Doors must be finished in steel brass or other upscale materials. |

Hotel lobby though in good condition is dated in appearance. There is an abundance of unused or underutilized space detracting from the vibrant feel that we expect to see in a Crowne Plaza Hotel. Currently office space is scattered throughout the lobby area and fully accessible to guest view. It is recommended that in the reorganization and revitalization of the lobby spaces, that these offices be configured in such a manner as to organize office space contiguously and fully conceal from guest view. Current lobby design contains numerous uncoordinated finish materials. New design should take this into account and design style and finishes should coordinate and compliment each other. An important element to the successful redesign of this lobby area is the use of creative lighting design.

1. In addition to replacing all stairwells in lobby areas with new compliant stairwells and railings, it is recommended to reconfigure the lobby areas to eliminate sunken areas in lobby and expand fitness room to meet brand standards. (Refer to fitness section).
2. Eliminate all overhead obstructions created by stairwells.
3. Eliminate vending area in lobby. Expand sundries shop to include drink cooler and snack items to eliminate.
4. Fitness facility, game room in freestanding lobby structures do not have air conditioning, only ceiling fans. Heat and air are required in all areas.
5. Eliminate column mounted stamp vending machine and suggestion box in lobby. Stamp purchase may be made available at sundries shop or front desk.
6. Clad all concrete columns with upscale detailing.
7. Existing conduit that runs from elevator equipment room to elevator shafts to be enclosed in overhead soffits. Exposed conduit is not permissible.
8. Replace existing lobby carpet with new patterned and inset carpeting areas to accentuate seating areas.
9. Replace decorative lighting with new upscale styled light fixtures in lobby areas.
10. Reconfigure Jayhawk room glazing treatment to allow for full black out capabilities.
11. Reconfigure current Salon display windows and town street configuration to portray a more upscaled corporate design. Replace all cobblestone tile flooring with new upscale stone or porcelain flooring and a combination of stone and carpet flooring to create an overall upscaled appearance.
12. Clad atrium walls with new finishes and furring to conceal all surface mounted conduit.
13. Replace streetscape lights with new upscale styled suspended light fixtures. New fixtures to be over-scaled and help to define different seating areas. Use of free-standing walls and rails to maximize "The Place to Meet" concept by the arrangement of fixed structures and seating areas, potential fireplace and/or water feature addition with seating around arranged in conversational groupings.
14. Ensure that there is wireless internet access with a strong signal and accessible plug in devices throughout.
15. Replace all seating, occasional tables and table lighting with new upscaled styled furnishings. Ensure that there is a combination of conversational groupings and lounge ottoman arrangements throughout lobby areas.
16. Front desk may remain in existing configuration cedar siding detailing behind desk need be replaced with new drywall finishes or millwork paneling complimentary to existing desk millwork design. Existing artwork frame is currently too formal and appears out of place. Artwork may be relocated or reframed with a more appropriate carved frame.
17. Provide permanent, architecturally designed and detailed bell stand with finishes and styling to coordinate with the front desk.
18. Provide lockable luggage area for storage of guest luggage and recessed area for storage of luggage carts per brand standards.
19. Provide new concierge station (may be unmanned) with new upgraded furnishings. Locate all local attraction display brochures custom displayed in a tasteful manner in this area.
20. If existing Lenexa "memorabilia display" items are to remain; Display in a singularly upscaled designed fashion.
21. Clad all exposed brick and concrete elements with new upscale drywall and or millwork designed elements.
22. Eliminate all Hollywood style light strips at skylights and all other areas of occurrence in lobby and lobby corridors.
23. Replace all quarry style brick paving. Eliminate all 30/60 and 45 degree angle detailing.
24.

**Front Desk • Lobby • Lobby Corridors • Gift Shop**

**Lobby**

| | |
|---|---|
| **Restaurant cont'd.** | 24. Furnish design solution to incorporate freestanding<br>25. Provide new upscale décor package including double matted, decoratively framed artwork in focal areas of lobbies. Wherever possible include the three dimensional artwork within lobby design.<br>**Elevator Cabs**<br>1. Replace all finishes in elevator cabs, including ceiling, flooring, rails and panels. Restore any damaged surfaces to remain.<br>2. Note: low rise buildings do not have elevator service. |
| **Public Restrooms** | 1. Replace all dated mosaic tile flooring with new large scale tile or other decorative flooring.<br>2. Replace all wall tiles with new large scale wall tile. Tile need only be installed on wet walls to a height of 4'. Clad all other walls with upscale styled type II vinyl wallcovering.<br>3. Replace surface mounted acrylic light fixtures with new pendant mounted direct/indirect Zumtobel style light fixtures.<br>4. Replace toilet partitions with new. Ensure at least one stall is fully ADA accessible including height of toilet and a grab bar behind toilet. It is recommended that the new partitions be drywall partitions with hinged wood veneer louvered doors in lieu of prefab partitions.<br>5. Replace Bobrick style toilet accessories with new upscale styled double tissue dispenser. Wherever possible, furnish decorative disposal units in ladies rooms.<br>6. Replace bathroom entrance doors and hardware with new upscale styled doors and hardware.<br>7. Eliminate all wall mounted hand blowers.<br>8. Lower toilet seat cover dispenser in ADA toilet enclosure to compliant reach heights.<br>9. Furnish emergency enunciator in each public restroom.<br>10. Ensure all lighting is non-switched.<br>11. Furnish framed artwork and accessories to upgrade appearance of bathrooms.<br>12. Replace surface mounted strip light fixture above vanity mirror with new upscale styled sconce lighting mount either side of vanity.<br>13. Existing faucets have electrical controls; electrical cording is highly visible and needs to be concealed or faucets replaced with an upscale styled leverset faucet.<br>14. Furnish deck mounted soap dispensers and decorative paper towel baskets at vanity counter in lieu of semi recessed commercial grade unit.<br>15. Furnish privacy panels between urinals. |
| **Restaurant** | 1. Reconfigure restaurant/lounge design. Update/upgrade appearance and re-theme restaurant. Eliminate all oak framing over upper level of restaurant, remove dated buffet structure. Replace all lighting and railing detailing.<br>2. Reupholster/reconfigure all banquette seating, reupholster all dining seating.<br>3. It is recommended to reframe and reassemble all sports memorabilia in a focal area convenient to guest viewing.<br>4. Provide new architecturally designed and detailed maitre'd stand with upscale finishes.<br>5. Provide Owner/Operator sign.<br>6. Replace all plastic laminate table tops with new stone or wood veneer table tops due to condition.<br>7. Replace carpet with new decoratively patterned wool Axminster or CYP nylon product or equal per standard requirements. Provide commercial grade carpet pad.<br>8. Ensure all wet wait stations are concealed from guest view, dry stations must be staged in upscale furniture pieces such as credenzas and consoles.<br>9. Any level changes must have step lights and railings on both sides. All facilities must be ADA accessible.<br>10. Provide new well-scaled decorative pendants, and ambient recessed lighting. Intimate tabletop lighting is recommended for evening dining. |

| | |
|---|---|
| **Lounge** | Lounge will require a complete remodel/redesign to bring up to current Brand Standards and styling. It is recommended to open lounge up to lobby area.<br>1.  Replace all tables and seating due to condition.<br>2.  Replace all carpet due to condition. Replace with a combination of wood or stone flooring and carpeting.<br>3.  Replace all ceiling treatment with new upscale style ceiling treatments. Eliminate all eggcrate ceiling; repaint soffits in new color palate of flat finish.<br>4.  Replace all lighting with new upscale styled light fixtures.<br>5.  Upgrade appearance of bar and back bar- clad face of bar with new upscale styled finishes, reconfigure back bar with new lighted glass displays.<br>6.  Replace barstools with new upscale styled stools, eliminate all stand up counters and wood framed and leaded glass borrowed lights.<br>7.  Enclose service counter that is open to guest view.<br>8.  Clean all ductwork and vents. Eliminate all smoke eaters from design.<br>9.  Reconfigure banquettes in new upscale style and fabrics.<br>10. Replace all padded bar tables.<br>11. Furnish step lighting at all elevation changes. |

| | |
|---|---|
| **Meeting Rooms**<br>**Pre Function ● Ballrooms**<br>**Break-Out Rooms ● Board Room**<br>**Business Center** | **Salons**<br>1. Eliminate smoke eater in meeting room. Replace ceiling finishes at elimination of smoke eater.<br>2. Replace surface mounted acrylic 4x4 fixtures with new upscale styled pendant fixtures or lay-in 2x2 ceiling with new deep cell parabolic fixtures.<br>3. Restore/refinish doors to like new condition or replace.<br>4. Eliminate hinged box at base of wall.<br>5. Replace all wallcovering with new upscale styled wallcovering.<br>6. Furnish crown molding at meeting rooms.<br>7. Replace door hardware with new upscale styled panic hardware.<br>8. Replace carpet with new Axminster or CYP Nylon carpet per brand standards.<br>9. Furnish framed double matted artwork in appropriate areas to upscale the appearance of the meeting rooms.<br>10. Replace all meeting room seating with new 80-20 seating that meets brand standards.<br>11. Replace mis-matched exit signs with new.<br>12. Ensure meeting rooms are equipped with smoke detection devices, emergency enunciators and emergency lighting on both sides of movable walls.<br>**Ballrooms**<br>1. Eliminate brass detailing between chair rails. Replace with upscaled style metal, Imago or other such contemporary metal detailing.<br>2. Eliminate all crystal styled surface mounted light fixtures. Replace with new over scaled contemporary styled pendant fixtures. Eliminate all brass and Hollywood styled light detail at center of lobby.<br>3. Replace all surface mounted fluorescent lighting in ceilings. Replace with new recessed lighting.<br>4. Replace oak/brass trim at ceiling tray with new upscale styled oversized crown molding.<br>5. If in good condition, recover existing movable walls in new vinyl wallcovering. Repair or replace all tracks and gaskets to enable wall to move smoothly.<br>**Boardroom**<br>1. A fixed boardroom is required for all Crowne Plaza Hotels. Existing hotel boardroom will require updating/upgrading (and renaming to Wildcat room) to meet minimum Brand Standard requirements. Replace existing table with new wood veneer (do not top with glass) table with leather writing pads or leather insets.<br>2. Replace existing vinyl high back chairs with new upscale styled leather executive style commercial seating. Existing chairs may be used in back of house offices.<br>3. Replace mismatched white board and credenza with new coordinate style and finished furniture.<br>4. As previously mentioned, replace glazing or window treatments to allow for blackout capabilities in boardroom.<br>5. Replace all artwork with new upscale styled artwork.<br>6. Replace all vinyl wallcovering with new upscaled style vinyl wallcovering.<br>7. Replace all décor with new upscale styled décor.<br>8. Replace existing acrylic fluorescent fixtures with new upscale styled light fixtures. Brand standards require a combination of adjustable and non-adjustable lighting. New fixtures may be a decorative styled pendant fixture.<br>9. Refer to meeting room standards for further requirements.<br>10. Replace skirted table with new built in or credenza styled serving counter.<br>**Business Center**<br>1. Replace wallcovering and carpet in business center with new finishes that conform to Brand Standards.<br>2. Replace light fixture with new upscale styled pendant style fixtures or alternatively replace with two by two ceiling tile and deep cell fluorescent fixtures. Non-switch all lighting.<br>3. Replace artwork with new upscale styled artwork.<br>4. The business center may be manned or unmanned. Unmanned centers require the following equipment: (1) copy machine with feeder, sorter, 18ppm, (1) fax machine, (1) laser jet printer, data port with hook-up for laptop computer to printer, (1) IBM compatible computer with internet access, worktable with two ergonomic chairs and an adequate inventory of business supplies. |

| Recreation Areas | | | | |
|---|---|---|---|---|
| *Standards at a Glance . . .* | | | | |
| **Area** | **Floors & Base** | **Walls** | **Ceiling** | **Miscellaneous** |
| **Fitness Room** | Anti-microbial carpet w/suitable pad; or club OR club quality ExerFlext flooring system | Type II wall vinyl, paint or texture on 3 walls, full width/height mirror on one wall | Drywall ceiling; OR 2x2 suspended ceiling tile | Lighting must be recessed can or 2x2 fluorescent fixtures. |
| **Indoor Pool** | Upscale hard surface flooring – 0.6 COF unglazed porcelain or ceramic tile OR Hewn or cleft face natural stone OR Unglazed pavers OR Decoratively stamped deck surface | Ceramic tile with decorative accents; OR Masonry stucco over concrete block surface (w/no exposed block finishes) OR Finished masonry (e.g., brick or customized units) OR Moisture proof wall board finished and painted with festive colors or graphics; OR A combination of the above. | Drywall (i.e., greenboard) finished to withstand humid conditions; OR 2x2 suspended ceiling tile system with tiles guaranteed by manufacturer to withstand humid conditions; OR Tongue and groove planking painted to coordinate with overall room aesthetics; OR; Exposed overhead beams, rafter and ducts painted to withstand humidity and chemical exposure | • Lighting must be recessed can; or 2x2 recessed fluorescent fixtures. Decoratively styled incandescent fixtures are also encouraged.  Al fixtures must be guaranteed by the manufacturer to withstand humid moist conditions.<br>• Exterior grade metal halide or high pressure sodium fixtures are not allowed.<br>• GFI Outlets re required in pool areas. |
| **Indoor Pool** | 1. Replace all coping edge in pool or strip finish and refinish existing coping.<br>2. Deep clean deck and restore to new condition.<br>3. Restore or replace existing teak style finished seating at pool deck. Replace all other furnishings.<br>4. Furnish upholstered cushions for bench and chair seating.<br>5. Replace all railing with new upscale railing and gate detailing.<br>6. Furnish timer switch and EPO switch at whirlpool that is guest accessible. | | | |
| **Outdoor Pool** | NA | | | |

| | |
|---|---|
| **Fitness Room** | 1.  Replace all applied finishes in fitness room. Brand requirements call for either a mildew resistant carpet and wood base or commercial grade exercise flooring.<br>2.  Furnish adequately conditioned space. Current fitness room has no heating or air conditioning.<br>3.  Lower house phone to accessible reach height.<br>4.  Non-switch all lighting.<br>5.  Replace broken window shutters.<br>6.  Replace all eggcrate acrylic lighting with new pendant style direct/indirect light fixtures. Conceal all exposed conduit or wiremold.<br>7.  Upon installation of HVAC systems, eliminate all ceiling fans.<br>8.  Replace framed posters with new well scaled framed and matted artwork.<br>9.  Brand requires a minimum of 500 square feet of fitness room.<br>10. Replace all equipment with new due to condition. Furnish a minimum of two treadmills, one elliptical trainer, and one bike in addition to weight training equipment.<br>11. Ensure all life safety devices such as smoke detection, emergency enunciator and emergency lighting.<br>12. Furnish doctor's scales, towel distribution, water source, flat screen television and magazine rack with a variety of magazines per brand standards. |
| **Game Room** | A game room is not required in a Crowne Plaza and may be eliminated or upgraded as follows.<br>1.  Furnish adequately conditioned space. Current fitness room has no heating or air conditioning.<br>2.  Non-switch all lighting.<br>3.  Replace all eggcrate acrylic lighting with new pendant style direct/indirect light fixtures. Conceal all exposed conduit or wiremold.<br>4.  Upon installation of HVAC systems, eliminate all ceiling fans.<br>5.  Replace all applied finishes in game room.<br>6.  Ensure all life safety devices such as smoke detection, emergency enunciator and emergency lighting.<br>7.  Game room must be fully ADA accessible. |
| **Spa** | NOT APPLICABLE |

## Guestroom Areas

*Standards at a Glance . . .*

| Area | Floors & Base | Walls | Ceiling | Miscellaneous |
|---|---|---|---|---|
| **Vending Areas & Guest Laundry** | Ceramic Tile or natural stone with coordinating ceramic base | Type II wall vinyl or other approved finish to match adjacent corridor | Drywall ceiling OR 2x2 suspended reveal edge ceiling tile | • Recessed can lighting; or 2x2 or 2x4 fluorescent fixtures with large cell parabolic lenses – lighting must be continuous.<br>• Vending area must be enclosed that sides and backs of equipme are concealed – louvered doors are strongly encouraged.<br>• A guest laundry is not required per Crowne Plaza Standards an in many cases discouraged.<br>• Equipment in guest laundry mu be front loading to meet ADA requirements. |
| **Corridors** | Minimum 42 oz. CYP carpet or Axminster w/carpet | Type II wall vinyl w/millwork appropriate to décor; | Drywall ceiling (multi-plane encouraged) OR | • Lighting to be recessed can to provide ambient lighting (incandescent or color-correct |

|  |  |  |  |  |
|---|---|---|---|---|
|  | or vinyl base (millwork preferred)<br><br>Natural stone, porcelain, ceramic tile or commercial quality wood strongly encouraged at elevator landings. | OR<br>Floor to ceiling architectural millwork; OR Extensive Millwork w/painted walls in an egshel or textured finish OR A combination of the above<br><br>PLAIN PAINTED GYBOARD WALLS ARE NOT PERMITTED | Suspended 2x2 reveal edge tile w/architectural features (e.g., soffits, coffers, etc.) | fluorescent) w/supplementary lighting appropriate to décor (i. chandeliers, sconces, table lamp etc.)<br>• Guest counter surfaces to be so surface materials (e.g., natural stone, upscale porcelain)<br>• Elevator landings to include house telephone that ring direc to desks.<br>• Proper furniture grouping required at elevator landings where space will allow. |
| **Guestrooms**<br><br>**CP Bedding Link:**<br><br>www.crowneplaza sleepadvantage.co m | Minimum 32 oz. 100%solution dyed nylon cut pile or tip sheet w/ appropriate pad and carpet, vinyl or wood base.<br>OR<br>Large scale natural stone | Type I, 15 oz. wall vinyl or mildew resistant acrylic texture. Painted walls approved only when suitable architectural trim and millwork provided. | Smooth finish drywall.<br><br>Acoustical ceiling tile may be used in vestibule areas only where access to electrical and plumbing lines is required. | • Crowne molding strongly encouraged for standard guestrooms and required for Crowne Level rooms.<br>• Crowne Plaza Bedding must provided.<br>• At least one nightstand lamp must have electrical outlet in base (required at desk also).<br>• Closet doors required.<br>• Wall mounted thermostat required.<br>• Hotels are required to have at least one Presidential or VIP suite.<br>• Lighting required at entry. |
| **Guestroom Baths**<br><br>**CP Bath Program Link:**<br><br>www.crowneplaza bathprogram.com | Large scale ceramic, porcelain or natural stone w/ a minimum COF of 0.6 (wet). Base to match flooring material. | Type I, 15, oz. wall vinyl or mildew resistant acrylic; or, paint. | Hard surface, cleanable material. (Popcorn textures are not acceptable.) | • Tub surrounds must be large scale tile, stone or solid surfa 'Balance' bar required at entrance of tub. Two soap dishes.<br>• Vanity material must be upsc solid surface or natural stone bath 'furniture' preferred.<br>• Upscale, coordinated faucetry sets requires at sink and tub a for accessories.<br>• Crowne Plaza bath program required including curved ro shower head, cotton shower curtain, amenities and linens.<br>• Make up mirror required – illuminated preferred.<br>• |

| | |
|---|---|
| **Club Level Lounge & Club Level Guestroom Floors** | A Club Level Lounge is strongly encouraged for all Crowne Plaza Hotels in order to give Priority Club and VIP guests their own area to relax, watch television, or have a coffee or cocktail.  An ideal Club Lounge should be approximately the width of two guestroom bays and include an area for casual seating, a large-screen television, properly appointed buffet area for light breakfast and cocktail set up, a business desk w/ copier and fax machine.<br><br>Club Level Floors must be restricted from guests not staying on those floors and must include finishes and appointments not typical to standard floors – features such as tile elevator landings, upgraded molding elements, upgraded signage, a varied color palette, etc.  Guestrooms must also have improvements over typical rooms – features should include elements such as tiled entries, additional artwork, enhanced millwork, upgraded amenitie upgraded electronics, two part desks, etc. |
| **Club Level Lounge** | As noted above.  Lounge should be located on club level floors, not in lobby area. Access should be restricted to club level guests.<br>Finishes should be slightly superior to lobby and guestroom finishes. |

**Corridors and Club Level Corridors**

**Tower Corridors**

1. Replace all surface mounted acrylic light fixtures with new upscale styled pendant fixtures or soffit and lay-i ceiling treatments. Note: Soffits must be constructed of drywall. Lay-in ceiling may only be used as a horizontal treatment and not as a vertical treatment. It is recommended to furnish crown molding and wood base in main lobby area.

2. Furnish upscale furnishings and décor in lobby corridor. Décor should consist of at least one chest with hous phone at all elevator landing areas (inside doors adjacent to elevator is acceptable) Provide decorative artwor and flanking chairs where space allows.

3. It is recommended to provide special ceiling treatments and decorative pendant fixture at elevator landings c each floor to signify access areas.

4. Ensure all life safety devices such as smoke detection, emergency enunciator and emergency lighting.

5. Furnish sprinklers in corridors. Sprinkler lines may be concealed in drywall soffits. Furnish concealed heads drywall.

6. Eliminate abandoned fire house boxes in corridors. Furnish recessed or semi-recessed fire extinguisher cabinets at each end of corridor or as code requires.

7. Light levels are quite low- It is recommended to furnish decorative pendant fixture mounted in ceiling pop u to increase light levels.

8. Steam clean carpet in guestroom corridors; replace all irreparably damaged or stained carpet.

9. Clean scuffs and scratches from wallcovering, replace any irreparably damaged wallcoverings.

10. **Low Rise Corridors**

1. Replace all vertical lay-in ceiling tile soffits as mentioned above.

2. Ensure at all locations, there are at least two properly signed visible exit pathways.

3. Recondition any damaged wall surfaces (many scuffs observed) and restore to like new appearance Where scuffs and damage cannot be removed, new wall vinyl will be warranted.

4. Refinish all guestroom, service and stairwell doors and doorframes.

5. Replace all knob hardware throughout corridors with new lever set hardware.

6. Replace all handrails in open stairwells as noted in life safety section of this document. Furnish continuous handrail on both sides of stairwell which may require the installation of a wing wall at bottom of stair. Eliminate under stair storage area.

7. Replace mismatched door and sidelight where door is anodized bronze finish and sidelight is clear aluminun finish.

8. Clean scuffs and scratches from wallcovering, replace any irreparably damaged wallcoverings.

9. Replace existing sconce fixtures in corridor with new. Existing up lights are too close to the ceiling to spread adequate lighting. Replace with an up/down type fixture.

10. Steam clean carpet in guestroom corridors; replace all irreparably damaged or stained carpet.

**Vending**

1. Replace tile flooring in vending area with new upscale large scale tile. It is recommended to provide full tile corridor adjacent to vending area.

2. Extend wing wall at vending area to further conceal machines along main corridor.

3. Replace all electrical outlets with GFIR outlets.

4. Replace ill functioning and leaking ice makers as noted in vending/laundry room. Conceal all electrical and plumbing lines fully behind equipment.

**Laundry Room**

1. Replace quarry style tile in vending/laundry room with new large scale porcelain tile that coordinates with adjacent carpeting.

2. Ensure laundry room is fully accessible. A guest laundry room is not a requirement of Crowne Plaza and ma be eliminated if desired. If laundry room remains, furnish a door to contain humidity and noise. Door or sidelight must contain a minimum of 144 square inches of glazing.

3. Ensure electrical in laundry room is GFIR Circuited.

**Exit Stairwell**

1. Repair all damaged drywall ceilings.

2. Retrofit all handrails as previously described.

3. Repaint railings, walls and treads.

4. Furnish 6" reflective floor designation signage that is visible when door is in open or closed position.

| | |
|---|---|
| **Guestrooms** | 1. Replace all older bedsets (those that were not previously replaced with Sleep Number beds) with new bedset<br>2. Replace all casegoods throughout with new upscale blended casegood package. It is recommended to furnis<br>   feature piece such as a headboard or wardrobe unit.<br>3. Replace all activity tables with lounge chair, ottoman and side table.<br>4. Replace all desks with new oversized desks in accordance with Brand Standards.<br>5. Replace all vinyl with new upscale vinyl wallcovering. It is recommended dependent upon design package t<br>   furnish an accent wall behind headboard.<br>6. Replace all draperies with new upscale styled 3 part draperies. Including full length decorative drapery pane<br>   textured sheers and blackout draperies. A valance may be provided but if so must be at a minimum of 18"de<br>7. Replace all television units with at a minimum 32" flat screen LCD or Plasma units. New televisions may ne<br>   to be larger depending upon viewing distance.<br>8. Clean scuffs and scratches from wallcovering in tower guestrooms, replace any irreparably damaged<br>   wallcoverings. Furnish accent wall as indicated above.<br>9. Replace all light fixture packages throughout. Ensure all light fixtures are a blended (not matching) package.<br>   New fixtures to have push through or toggle switching. Desk fixture or desk to have tabletop mounted<br>   electrical and one nightstand fixture or furniture to have at least one electrical outlet. When a single lamp is<br>   provided between beds in double rooms, the fixture must have dual bulbs and three-way switches.<br>10. Ensure each guestroom is equipped with a phone at the desk and a phone at the nightstand. At least one phon<br>    to have speakerphone capabilities.<br>11. Replace artwork with a new artwork package that includes at least two framed, coordinated pieces in<br>    guestroom and one in bathroom.<br>12. Furnish a framed beveled mirror at desk and a full length framed dressing mirror.<br>13. Furnish doors on all guestroom closets. Doors to preferably be hinged roller latch louvered wood doors with<br>    closet lighting.<br>14. Furnish an upholstered side chair at desk. If space allows, furnish a peninsula style desk layout.<br>15. Furnish an upholstered leather ergonometric desk chair with pneumatic lift and adjustable arms.<br>16. Provide Crowne Plaza Sleep Advantage program for all rooms including duvet, cover, blanket, pillows, etc.<br>    Refer to standards for specific components and ordering information.<br>17. Furnish new AM/FM CD clock radio in accordance with Brand Standards.<br>18. It is recommended to add crown molding to guestrooms to upscale design.<br>19. Replace carpeting at interior balconies with new large scale stone or tile flooring in a neutral tone.<br>20. Ensure high-speed internet is in good working order and has good signal strength in all rooms.<br>21. Replace all corroded closet units with new. Provide (5) five contoured wooden pants hangers and (5) five<br>    wooden suit hangers.<br>22. Replace all coffeemakers.<br>23. Replace any damaged ironing boards, covers and irons. Relocate all caddies inside of closet. |
| **Guestroom Suites** | 1. As noted above and in bathroom section.<br>2. Replace all dining and living room furniture pieces due to age and wear. New furnishings to be a blended<br>   package of casegoods in accordance with brand standards.<br>3. Fully conceal all electrical behind flat screen television and all cabinetry.<br>4. Replace track lighting with new decorative pendant fixture at dining area.<br>5. Furnish new additional artwork and decorative accessories throughout to accessorize and upscale suites.<br>6. Reconfigure all two story suite stairwells and handrails as noted in life safety section. Close all open stringer<br>7. Replace shower curtain in stone clad shower with new tempered frameless glass door.<br>8. Steam and chemical clean stone shower; remove all mildew and soap scum.<br>9. Replace all wallcovering with new upscale wallcoverings. In two bay suites and suites with dining, it is<br>   acceptable to specify coordinating vinyl wallcoverings to add depth to design.<br>10. Furnish new vinyl wallcoverings in suite bath.<br>11. |

| Guestroom Baths | 1. Replace all pre-formed acrylic tubs and tub surrounds with new porcelain cast iron tubs and large scale porcelain or stone tile tub surrounds. |
| | 2. Furnish two (high/low) soap dishes. Soap dishes may be formed or accessories such as Ginger accessories. |
| | 3. Replace acrylic knob shower faucets with new leverset faucets with central mixing valve. Ensure all guest bathrooms are equipped with anti-scald valves. |
| | 4. Replace knob bath hardware with new lever set hardware. |
| | 5. Replace tissue dispenser with new dual dispenser in an upscale style. |
| | 6. Replace lay-in tile ceilings in all bathrooms with new had finish ceiling with access panels as necessary. |
| | 7. Replace all small scale 4x4 floor and wall tile with new. Existing large scale tile and grout to remain to be thoroughly cleaned and returned to new condition. Seal all grout and stone. |
| | 8. Ensure all electrical devices are GFIR. |
| | 9. Replace small scaled mirror and large scale tube light at vanity with a more appropriately styled and scaled composition. |
| | 10. Provide new Crowne Plaza shower package including bow-shaped shower rod, beaded shower hooks, cotton waffle shower curtain/vinyl liner and plush terry. |
| | 11. Replace any scratched toilets. |
| | 12. Provide Crowne Plaza approved toiletry collection. |

## Administrative • Back of House • Kitchen • Laundry • Housekeeping • Maintenance • Break Room

### *Standards at a Glance . . .*

| Area | Floors & Base | Walls | Ceilings | Miscellaneous |
|---|---|---|---|---|
| General Manager's Office & Administrative Areas | Minimum 32 oz. solution dyed nylon with suitable pad and coordinating base. | May be painted or finished with wall vinyl, millwork or a combination of the elements | Drywall preferred; 2x2 ceiling tile acceptable. | Administrative areas such as the General Manager's and Sales Office that are frequented by guests must be finished and appointed comparable to adjacent public spaces. All administrative areas must be kept clutter free and provide adequate furnishings and equipment to provide a good work environment. |
| Back of House Kitchen Laundry Housekeeping Maintenance | VCT Floor Tile; or, poured epoxy system. Quarry tile or heat resistant flooring (e.g. high temperature epoxy) system required in kitchen spaces. | Minimum of painted walls in all areas. Kitchen 'wet walls' must have adequate tile wainscoting | Finished, cleanable surface in kitchen required; open truss and beam acceptable in other areas although finished ceiling preferred. | |
| Employee Breakroom | Minimum VCT floor tile. | Minimum of painted walls – colorful graphics or upgraded features encouraged. | Finished cleanable surface – drywall or suspended ceiling tile acceptable. | All Crowne Plaza hotels are required to have a break room and separate employee restrooms for staff members. These areas must be kept clean and must provide a pleasing environment for staff members to take breaks and for meal service. Though optional in smaller hotels, larger hotels must provide lockers and changing |

| | | | | areas. |
|---|---|---|---|---|
| **Staff Areas** | 1. Furnish a dedicated employee break room.<br>2. Clean all tile wall and floor tile in kitchen areas. Replace any cracked damaged tile with new. Eliminate all trip hazards.<br>3. Furnish smoke detection devices at housekeeping areas.<br>4. Furnish protective tubes or solid acrylic lenses at all housekeeping light fixtures.<br>5. Ensure front desk, kitchen, housekeeping and maintenance are equipped with a fully stocked first aid kit.<br>6. Administrative areas require similar renovation to address conditional issues as they exists; however, administrative areas frequented by guests (e.g., general managers office, sales, etc.) must be finished and appointed similar to the adjacent public areas.<br>7. Ensure conditional issues in back of house and kitchen are addressed to include such improvements as replacing damaged or discolored ceiling tile.  Provide new fresh paint along corridors and in work areas.  In general, perform renovation as needed to keep this area clean, safe and to provide a good work environment.<br>8. Sprinkle all employee and back of house areas.<br>9. Ensure maintenance office/storage has an appropriately sized fire box to store all flammable materials. Alternatively, a two hour rated store room for flammable storage. | | | |

**GUEST INFORMATION POLICY DURING RENOVATION**
**Proposed Conversion of the Radisson Hotel to a Crowne Plaza**
**Lenexa, KS/ Location #TBD**
**March 7, 2007**

Maintaining guest satisfaction during a hotel renovation project is both a challenge and an opportunity. The challenge is to avoid any inconvenience to the guest and the opportunity is to market the "new" hotel to potential customers.

**Inform the Guest:**

Notification through Holidex® is required to indicate that a renovation is underway and to identify any areas that are out of service, as well as any special programs or promotions in effect during construction.

Experience has shown that informational signage should be used to inform guests that work is underway and to direct guests away from construction and to temporary entrances or services.

Check-in procedures must include an explanation of services available and a hand-out explaining the renovation work and who to contact if there is a problem.

Training the hotel staff to identify ways to meet guest expectations and to explain the planned work and schedule is essential for a successful program.

**Mitigate Guest Inconvenience:**

Sequence the construction work to minimize guest inconvenience, provide temporary facilities, and screen construction work from view, schedule work hours to avoid noise problems and require that the construction area be kept "clean" and free of debris.

Focus the contractor to put guest concerns first, do not permit the work force to use guest facilities, and set up the construction staging and parking area away from guest areas.

Special programs and promotions can be used to "compensate" the guest for any inconvenience. Consider discount coupons for return visits, free continental breakfast, manager's reception, car wash services and other such programs to mitigate any guest inconvenience.

**Market the Future:**

Prior to starting the project, set up a display of architectural renderings and interior design color boards to show the proposed work and completion dates.

Install mock-up guest rooms and conduct scheduled tours to show guests and potential customers what they can expect in the future.

Show an optimistic view, be positive in attitude and appearance to market what will be, rather than what has been.

Have an "opening" event to celebrate the completion of the project; invite your "during renovation guests" to return and market the new facility to your local customers.

## ACKNOWLEDGMENT PAGE
### Proposed Conversion of the Radisson Hotel to a Crowne Plaza
### Lenexa, KS/ Location #TBD
### March 7, 2007

I understand that the above captioned Property Improvement Plan does not obligate Holiday Hospitality Franchising, Inc. ("HHFI") in any way to approve my franchise application or issue a License Agreement and that HHFI expressly reserves the right to deny such application or license agreement. I further acknowledge that this report is a summary of the work that will be required, and that all work must be completed in conformity with all applicable Crowne Plaza Standards. I understand that if the franchise application is approved and a License Agreement is executed, as a Licensee I will be responsible for compliance with all local, state and federal laws, regulations and codes. The attached work outlined in this Property Improvement Plan does not address any requirements that may be mandated by local, state or federal codes, laws or regulations. As a Licensee, I should check and ensure that all work on the property pursuant to this Property Improvement Plan or in connection with any other alteration or improvements complies with the applicable local, state and federal laws, regulations and codes.

I further acknowledge and agree that the upgrade completion timetable and the dates specified in the License Agreement, if any, have been mutually agreed upon, and I understand that all work must be satisfactorily completed by each milestone. All requests for waivers or variance of or from the Standards or the requirements of the Property Improvement Plan must be submitted in writing to HHFI and must be approved in writing by HHFI, and requests for extensions to any milestone or deadline must be requested in writing from HHFI in advance of the completion date and must be approved in writing by HHFI. I understand and agree that as a condition to approving a milestone or deadline extension, HHFI may require that the Property Improvement Plan be modified to include upgrading or renovation of additional areas or items (in addition to any charges that might be due). I have indicated my agreement to this Property Improvement Plan, including, without limitation, the terms set forth on this page by affixing my signature in the space below.

I further understand that if a License Agreement is executed and while this Property Improvement Plan is in effect, and while the hotel is being operated as a duly licensed Crowne Plaza brand hotel, the hotel must be operated in conformity with Crowne Plaza Standards and Rules for Operation, and that it will continue to be subject to quality evaluations and guest feedback measurements. The hotel will be required to maintain acceptable ratings or scores in product quality, services and guest expectations as measured by HHFI through the Guest Satisfaction Tracking System (GSTS) or otherwise and must maintain a passing and acceptable quality evaluation. Failure to do so may be grounds for default under the License Agreement.

*The findings in this report are no longer effective after six months unless a License Agreement is executed within that time, unless extended in writing by HHFI.*

**For conversion hotel projects only:**

Fire Safety System Re-certification
Prior to completion of a conversion Property Improvement Plan, a written statement must be submitted to HHFI by: 1) the installation contractor; 2) the architect or engineer; or 3) a licensed installation/maintenance organization indicating "the hotel's Fire Safety System(s) meets or exceeds the Crowne Plaza requirements and is fully underlined operable." (Refer to Crowne Plaza Life Safety Standards for additional details.)

Hotel Opening Requirements

I understand and agree that HHFI will not authorize a Licensee to open and operate a hotel as a Crowne Plaza  brand hotel unless and until:  (1) the work required by the PIP is 100% complete to the satisfaction of HHFI; and (2) the hotel achieves an acceptable to open on a quality evaluation as designated by HHFI.  Until such time as HHFI authorizes the Licensee to open and operate the hotel as a Crowne Plaza  brand hotel, the hotel must not identify itself in any way as a Crowne Plaza  brand hotel.  If the hotel rents rooms to guests prior to being authorized to open and operate as a Crowne Plaza  hotel, then I agree that, if HHFI permitted Crowne Plaza  signage to be erected at the hotel, such signage must be covered in a manner approved by HHFI and must not be illuminated.  I further understand that the hotel must prominently and continuously display at the front desk and in all guest rooms notices advising guests that the hotel is not yet a Crowne Plaza  brand hotel and that I must comply with any other requirements specified by HHFI to minimize guest confusion regarding the operation of the hotel.

**ACCEPTED BY:** _____     _____ **DATE:**

**Entity**

_____     _____

**Signature**

_____     _____

**Print Name**

_____     _____

**Hotel Name**

### MILESTONE COMPLETION TIMETABLE
**Proposed Conversion of the Radisson Hotel to a Crowne Plaza
Lenexa, KS/ Location #13849
March 7, 2007**

If the franchise application is approved and a License Agreement is issued and executed, the following is the requisite milestone completion schedule for completion of the corresponding aspects of the PIP:

**Plans Due**..................................................................................**June 1, 2008**

**Renovation Start Date**...............................................................**July 1, 2008**

**Guest Room Areas**.................................................................**September 1, 2008**

**Commercial Areas**....................................................................**March 1, 2009**

**Exterior Areas** .........................................................................**March 1, 2009**

**Final Completion** .....................................................................**March 1, 2009**

**All Product Improvement Plan (PIP) items are required to be complete prior to opening as a Crowne Plaza   hotel.**

All plans, color boards and finishes/furnishing specifications as required by the PIP must be submitted to the InterContinental® Hotels Group Design & Plan Review department for review and approval in accordance with the above milestones and prior to commencement of the PIP work.  The PIP department may as, a courtesy and convenience for the Licensee, review and approve such items even if the Licensee has failed to submit the items or complete the PIP work by the required milestone dates, and such review or approval is not, and should not be construed as, consent to an extension of those milestones by HHFI, nor should such review or approval be considered as a waiver by HHFI of the Licensee's obligation to perform the PIP by the required milestone dates or of the right of HHFI to enforce the requirements of the PIP and the License Agreement.

All requests for extensions or waivers must be submitted in writing to Holiday Hospitality Franchising, Inc. (HHFI) and addressed to the appropriate PIP consultant and must be specifically approved in writing by HHFI.  As a condition to approving a milestone extension, HHFI may require that the PIP be modified to include upgrading or renovation of additional areas or items (in addition to any charges that might be due).

This department will inspect this hotel on or about the above milestone dates at no charge to the owner.

Should these original milestone dates not be met, thereby requiring additional inspections, this department may charge the hotel $2,000.00 for each additional inspection (in addition to any other charges that might otherwise be due).

If, after the completion of the renovation, you wish to submit this property's name as a candidate for one of Holiday Hospitality Franchising, Inc. renovation award categories, it will be necessary to take before and after interior and exterior slides of this facility.  It is also important that these shots be consistently taken from the same locations.

To ensure a successful conversion of the Hotel and providing a product that better meets our guests' expectations of the brand, the following procedures are required:

- All plans, color boards and finishes/furnishings specifications as required by the PIP must be submitted for review and approval prior to commencement of PIP work.

- The Property Improvement Consultant assigned to your Hotel will make routine scheduled visits to the Hotel during the course of the PIP work. Typically a consultant will make a maximum of two (2) such routine visits to the Hotel to evaluate the progress of the PIP work. If the consultant is required to make more than two (2) such routine visits to the Hotel or if the consultant makes an additional visit to the Hotel because the Hotel has failed to meet a PIP milestone, the Hotel has failed to meet the requirements to open on the scheduled opening date, or you have requested an additional visit, then the Licensee may be charged $2,000.00 (in addition to any other charge that might otherwise be due) for each additional visit.

For conversion hotel projects:

HHFI will not authorize the Licensee to open and operate the hotel as a Crowne Plaza  brand hotel unless and until: (1) the work required by the PIP is 100% complete to the satisfaction of HHFI; and (2) the hotel achieves an acceptable to open on a quality evaluation as designated by HHFI. Until such time as HHFI authorizes the Licensee to open and operate the hotel as a Crowne Plaza  brand hotel, the hotel must not identify itself in any way as a Crowne Plaza  brand hotel. Crowne Plaza  signage may not be installed until approved by HHFI and must remain covered HHFI authorizes the opening of the hotel as a Crowne Plaza brand hotel.

The opening Quality Evaluation will be scheduled with a representative of the Hotel in advance. The representative must notify the Quality Department  a minimum of 72 hours in advance to reschedule an opening Quality Evaluation.

**Proposed New ADA- ABA Guidelines**
**Proposed Conversion of the Radisson Hotel to a Crowne Plaza**
**Lenexa, KS/ Location #TBD**
**March 7, 2007**

Though not specifically required in Canada, on July 23, 2004, the U.S. Access Board, an independent Federal agency, issued updated accessibility guidelines for new or altered facilities covered by Americans with Disabilities Act and the Architectural Barriers Act. These guidelines address a wide range of facilities in the private and public sectors and, while are not legislated for Canadian provinces, are addressed in some sections of AccessCanada Level 4.

While there is no definite date for the implementation of the updated guidelines, all projects in the present planning stages should be aware of the potential impact that the new guidelines will impose on their project and design to include those requirements accordingly.

*Full ADA compliance is the responsibility of the owner, IHG encourages that owners engage licensed architects or consultants that specialize in accessibility code compliance to review the issues of accessibility specific to your project.
* [Refer to enclosed resources with specific questions.]

The following areas have been sited for updates to the current ADA- ABA requirements:

## Scoping Requirements

- The new guidelines enhance coverage of employee work areas.

- The new guidelines also require the accessibility of circulation paths within sizable (1000 square feet or more) work areas.

- The new guidelines address accessible means of egress from work areas and connections for visual alarms.

- The new guidelines address enhanced scoping for public entrances, van parking, passenger loading zones, stairways, and telecommunication devices (TTYs) at pay phones for persons with hearing or speech impairments.

- The new guidelines address new or clarifying provisions covering access to different types of elevators, drinking fountains, kitchens, kitchenettes and sinks, washing machines and clothes dryers, signs, dispersed wheelchair seating, windows, and residential dwelling units.

- The new guidelines also require reduced scoping for unisex toilet rooms located at a single location (half instead of all), and for wheelchair spaces in large assembly areas.

## Building Blocks

- The new guidelines significantly change the maximum side reach range from 54 to 48 inches, which is the height specified for forward reaches.

**Accessible Routes**

- The new guidelines provide for new specifications that clarify access at recessed doors, ramps (edge protection), and curb ramps (top landings).

- The new guidelines provide for provisions for elevators, recognize a greater range of designs and dimensions for standard cars, and include new technical criteria for other types of elevators. Provisions for platform lifts have been updated.

**General Site and Building Elements**

- Revisions include a new provision specific to angled van parking spaces and revamped specifications for handrails that will permit a greater range of designs and shapes.

**Bath Facilities and Plumbing Elements**

- Some provisions have been revised to help improve compliance as well as access. For example, an absolute dimension for the centerline placement of toilets (18") has been replaced with a range (16" – 18").

- To improve access and allow side transfers at toilets, lavatories are no longer permitted to overlap the required clear space aside toilets.

- Other changes concern drinking fountains (side approach access is no longer permitted at wheelchair accessible units), shower compartments (specifications for water temperature, spray units, and curbs), and new criteria for washing machines and clothes dryers.

**Communication Elements and Features**

- The new guidelines address technical criteria for fire alarms through the National Fire Alarm Code (NFPA 72), which effectively overhauls specifications for visual alarms in a manner that will facilitate compliance while enhancing design and installation options.

- The new guidelines revamped specifications for signs.

- The new guidelines provide new specifications for the capabilities and sound quality of assistive listening systems that derive from Board-sponsored research.

- The new guidelines provide for improved access at ATMs and fare machines for persons with vision impairments.

- The new guidelines provide revised specifications for detectable warnings to allow a greater range of designs and products.

**Built-In Furnishings and Equipment**

- The new guidelines provide revised specifications for benches which include revised criteria for back support.

## Recreation Facilities and Play Areas

- The new guidelines provide requirements for amusement rides, recreational boating facilities, exercise machines, fishing piers and platforms, golf facilities, miniature golf facilities, play areas, swimming pools, wading pools, and spas.

## Resources

Copies of the new ADA and ABA accessibility guidelines, as well as technical assistance and training on them, is available from the Access Board. The Board also enforces design requirements of the ABA which apply to federally funded facilities.

**U.S. Access Board**
(800) 872-2253 (voice) (800) 993-2822 (TTY)
www.access-board.gov
E-mail:

**pubs@access-board.gov** (publication orders)
ta@access-board.gov (technical assistance)
**training@access-board.gov** (training)
**enforce@access-board.gov** (ABA enforcement)

Questions about the enforcement of the ADA's design requirements or the update of ADA standards based on the Board's new guidelines should be directed to the U.S. Department of Justice.

**U.S. Department of Justice**
(800) 514-0301 (voice) (800) 514-0383 (TTY)
**www.ada.gov**



## SECOND ADDENDUM TO LICENSE AGREEMENT

This 'Second Addendum to License Agreement' ("Addendum") is made and entered into as of this 18TH day of ___MARCH___, 2011 by and between Holiday Hospitality Franchising Inc., a Delaware corporation ("Licensor") and **Lenexa Hotel LP**, a Kansas limited partnership ("Licensee"). This Addendum supplements that certain License Agreement dated **May 13, 2008** ("License") between the parties relating to a license to operate a **Crowne Plaza**® hotel located at **Kansas City – Overland Park, Kansas / #13849** ("Hotel"). To the extent there is any conflict between the License and this Addendum, this Addendum shall govern and control.

1.  The License is hereby amended to reflect the following:

**15.G. Guest Rooms Closing.** Licensee agrees to permanently remove from service a total of **13** guest rooms (as defined in 'Exhibit 'B'') ("Closed Rooms") as agreed to by Licensee and Licensor. The Closed Rooms shall be secured from unauthorized entry and use, and the toilets and/or all furniture and fixtures shall be removed from these Closed Rooms. Licensee shall not re-open any Closed Rooms into service at the Hotel until Licensor inspects such Closed Rooms and approves in writing their re-opening. Such entry inspection and approval will be based on Licensor's then existing standards for conversion of hotel guest rooms. Licensee agrees to give Licensor at least sixty (60) days prior written notice of Licensee's intent to re-open the Closed Rooms for business. Licensee's violation of the stipulations set forth in this paragraph with respect to the Closed Rooms is a material violation of this License and shall be treated as a default under this License.

2.  Upon removal of the Closed Rooms, "Attachment 'A'" of the License will be amended to reflect:

        'Number of approved guest rooms (including suites): **257**'

IN WITNESS WHEREOF, the parties have executed this Addendum as of the day and year first above written:

Licensee:

**LENEXA HOTEL LP**

      By:  Ventura Hotel Corporation
           Its General Partner

      By: _____
           Stephen J. Craig
           President

    Attest: _Carol J. Childers_____
           Any other corporate officer or
           Notary Public with Seal

CAROL J. CHILDERS
Notary Public - State of Kansas
My Appt. Expires 2-9-2012

**(SIGNATURES CONTINUED ON FOLLOWING PAGE)**

Licensor:

**HOLIDAY HOSPITALITY FRANCHISING INC.**

By: _____

Jenny Tidwell
Vice President
Franchise Licensing & Compliance

Attest: _____

Asst. Secretary

EXHIBIT "B"

2/3/2011

**Crowne Plaza Lenexa - Rooms to be removed from the system**
**Inncode: MKCCP**

| Room Number | Reason to Remove | Last Used |
|---|---|---|
| 101 | Room not going to be renovated* | None since conversion |
| 103 | Room not going to be renovated* | 6/26/2009 |
| 105 | Room not going to be renovated* | 6/26/2009 |
| 107 | Room not going to be renovated* | 6/26/2009 |
| 109 | Room not going to be renovated* | 6/26/2009 |
| 111 | Room not going to be renovated* | 6/26/2009 |
| 113 | Room not going to be renovated* | 6/26/2009 |
| 115 | Room not going to be renovated* | 5/18/2009 |
| 117 | Room not going to be renovated* | 6/25/2009 |
| 701 | Cannot be rented due to Fire Doors | 6/26/2009 |
| 702 | Office/Storage | 6/26/2009 |
| 745 | Office/Storage | 7/31/2010 |
| 747 | Office/Storage | 8/5/2010 |

Total Rooms
to Remove - 13

## ADDENDUM TO LICENSE AGREEMENT

This Addendum (the "ADDENDUM") is made and entered into as of this _27th_ day of _March_, 2009, by and between Holiday Hospitality Franchising, Inc., a Delaware corporation ("Licensor") and Lenexa Hotel, L.P., a Kansas limited partnership ("Licensee"). This Addendum supplements that certain License Agreement (the "License") dated May 13, 2008, between the parties, relating to a license to operate a Crowne Plaza® hotel to be located at Lenexa, KS/#13849 (the "Hotel"). To the extent there is any conflict between the License and this Addendum, this Addendum shall govern and control.

1.      The License is hereby amended by adding the following Special Stipulation:

15.G. **Guest Rooms Closing**.  Licensee agrees to permanently remove from service the twenty six rooms (26) guest rooms (the "Closed Rooms") as defined on Exhibit A as agreed to by Licensee and Licensor prior to opening in the Crowne Plaza system.  The Closed Rooms shall be secured from unauthorized entry and use, and the toilets and/or all furniture and fixtures shall be removed from these Closed Rooms.  Licensee shall not re-open any Closed Rooms into service at the Hotel until Licensor inspects such Closed Rooms and approves in writing their re-opening.  Such entry inspection and approval will be based on Licensor's then existing standards for conversion of hotel guest rooms.  Licensee agrees to give Licensor at least sixty (60) days prior written notice of Licensee's intent to re-open the Closed Rooms for business.  Licensee's violation of the stipulations set forth in this paragraph with respect to the Closed Rooms is a material violation of this License and shall be treated as a default under this License.

2.      Attachment "A" of the License is hereby amended to reflect the number of approved guestrooms as **270**.

3.      Except as expressly stated in this Addendum, no further additions, modifications or deletions to the License are intended by the parties or made by this Addendum.  All other terms and conditions of the License are in full force and effect.

(Signatures continued on following page)

IN WITNESS WHEREOF, the parties have executed this Addendum as of the day and year first above written:

LICENSEE:                                Licensor:

**LENEXA HOTEL, L.P.**                   **HOLIDAY HOSPITALITY FRANCHISING, INC.**

By: Ventura Hotel Corporation
    Its General Partner

By: _____             By: _____
    Stephen J. Craig                      Jenny Tidwell
    President                             Vice President
                                          Franchise Administration

Attest: _____         Attest: _____
    Any other corporate officer           Asst. Secretary
    or notary w/seal

CAROL J. CHILDERS
Notary Public - State of Kansas
My Appt. Expires 2-9-2012



Exhibit A

Radisson

– OUT OF
ORDER
ROOMS

746    846
748    848
750    850
752    852
754    854
756    856

749    849
751    851
753    853
755    855
757    857
759    859
761    861

⊗ GUEST LAUNDRY & ICE (1ST FLOOR)

✳ VENDING & ICE (800 SERIES)

X VENDING & ICE (2ND, 3RD & 4TH FLOORS)



**IHG**
InterContinental Hotels Group

April 17, 2008

**VIA OVERNIGHT COURIER**

Lenexa Hotel, L.P.
Attn: Stephen J. Craig
730 New Hampshire, Suite 206
Lawrence, KS 66044

Three Ravinia Drive
Suite 100
Atlanta, GA 30346-2149
www.ihg.com

RE:  LICENSE AGREEMENT DATED _____*May 13*_____, 2008 (AS SAME
MAY HAVE BEEN AMENDED, THE "LICENSE") BETWEEN LENEXA
HOTEL, L.P. ("LICENSEE") AND HOLIDAY HOSPITALITY FRANCHISING,
INC. ("LICENSOR") FOR THE CROWNE PLAZA® HOTEL LOCATED AT
LENEXA, KS/#13849 (THE "HOTEL")

Dear Mr. Craig:

This letter will serve as the agreement of Licensor to permit Licensee to retain, as an advertising
assistance allowance for the Hotel, a portion of the Gross Rooms Revenue payable as monthly
royalties under Paragraph 3.C.(1)(a) of the License as follows:

- An amount equal to 2.0% of Gross Rooms Revenue accrued during the
  first two (2) years of operation of the Hotel, under the above referenced
  License. Licensee must make timely payment of the remaining 3.0% of
  Gross Rooms Revenue payable as monthly royalties.

- An amount equal to 1.0% of Gross Rooms Revenue accrued during the
  third year of operation of the Hotel, under the above referenced License.
  Licensee must make timely payment of the remaining 4.0% of Gross
  Rooms Revenue payable as monthly royalties.

**If Licensee does not complete the PIP attached to the above referenced
license as Attachment B within twelve (12) months of the opening of the
Hotel in the System, then monthly royalties will be assessed in accordance
with Paragraph 3.C.(1)(a) of the License. Once the PIP has been
completed the monthly royalties will return to being assessed in
accordance with this letter agreement.**

The terms of this letter agreement are not transferable. This letter agreement will automatically
terminate upon the sending of any notice of termination under the License, upon automatic
termination of the License for the Hotel, or if Licensee fails to cure any default under the
License in a timely manner. Notwithstanding the foregoing, the allowance may not be utilized by
Licensee after Licensee receives written notice that any default is pending under the License.
During the period of default, full fees pursuant to Paragraph 3 will be payable by Licensee. The
allowance will resume after the default is timely cured. The amount of any early termination fee









Six Continents Hotels, Inc.
A Member of the InterContinental Hotels Group

Stephen J. Craig
April 17, 2008
Page 2

or liquidated damages due under the License shall be calculated on the basis of full fees as set forth in Paragraph 3 of the License.

This letter agreement constitutes confidential information, and Licensee shall not disclose its contents to anyone other than an authorized officer or employee of Licensee on a "need to know" basis only, or if required to disclose due to legal proceedings. In the event Licensee is in breach of its confidentiality obligations hereunder, no further benefits will be available from that time and thereafter, and all prior royalties retained shall immediately become due and payable to Licensor.

In consideration of the foregoing agreements of Licensor, Licensee hereby releases and waives any and all claims and causes of action against Licensor and its predecessors-in-interest under the License, and their respective parents, officers, directors, principals, members, managers, employees, agents, shareholders and affiliates including but not limited to claims relating to the License and all related documents and claims relating to the offer, sale, execution, delivery, and performance of the License and all related documents.

Except as expressly stated in this letter agreement, no further additions, modifications, or deletions to the License are intended by the parties or made by this letter agreement.

Please acknowledge your acceptance of this offer by executing this letter in the space provided below, and return the original to the undersigned no later than **April 9, 2008**.

Sincerely,

Jenny Tidwell
Vice President
Franchise Administration


AGREED AND ACCEPTED THIS __2ND__ DAY OF___MAY___, 2008.

**LENEXA HOTEL, L.P.**

By:     Ventura Hotel Corporation
        Its General Partner

        By: _____
            Stephen J. Craig
            President

        Attest: _Carol J. Childere_
            Corporate secretary/other
            corporate officer/ Notary
            with Seal

S:\Holiday Inn\Franchise Admin\Master\Letters\Letter Agreements\Ad Assist.doc