## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LENEXA HOTEL, LP,               )
                                 )
        **Plaintiff and**      )
        **Counterclaim Defendant,**  )
                                 )
**vs.**                              )
                                 )
**HOLIDAY HOSPITALITY FRANCHISING,**  )      **CIVIL ACTION**
**INC.,**                            )
                                 )
        **Defendant and Counterclaim**  )      **No. 12-CV-2775 KHV**
        **Plaintiff,**          )
**vs.**                              )
                                 )
**STEPHEN J. CRAIG,**         )
                                 )
        **Counterclaim Defendant.**  )
_____)

### ORDER OF DISMISSAL WITHOUT PREJUDICE

      Having considered the parties' Joint Motion to Dismiss Without Prejudice Under Rule 41 (Doc. #53) filed August 20, 2014, the Court hereby sustains the motion and dismisses this action without prejudice, and with the following terms and conditions should either party refile its claims in a subsequent proceeding before this Court (a "Refiled Case"):

      (1) Any and all discovery conducted in this case can be used in the Refiled Case;

      (2) The parties shall immediately resume discovery upon the filing of the Refiled Case. Within 30 days of the filing of the Refiled Case, the parties shall respond to any written discovery that was outstanding as of the date of dismissal of this proceeding. Defendant shall be permitted to take the depositions of Stephen Craig, Mark Ely and Jerry Albert prior to plaintiff or Stephen Craig taking any depositions of Defendant's employees. Plaintiff and Stephen Craig shall also be prohibited from re-deposing any of the witnesses deposed in this proceeding, except as to complete

the deposition of Ann Glover.

(3) All motions and orders in this case shall be incorporated in the Refiled Case, and the parties retain and preserve all appellate rights with regard to any Court orders entered in this case.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Dismiss Without Prejudice Under Rule 41 (Doc. #53) filed August 20, 2014 be and hereby is **SUSTAINED**.  The Clerk is directed to dismiss the case without prejudice, upon the terms and conditions set forth above.

Dated this 28th day of August, 2014 at Kansas City, Kansas.

/s Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge